VIRGINIA SCC

## State Corporation Commission
## Clerk's Information System

## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC | Entity ID: | S0432700 |
| Entity Type: | Limited Liability Company | Entity Status: | **Active** |
| Series LLC: | No | Reason for Status: | Active |
| Formation Date: | 11/19/1999 | Status Date: | 11/19/1999 |
| VA Qualification Date: | 11/19/1999 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | N/A |
| Jurisdiction: | VA | Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA | | |
| Name: | CORPORATION SERVICE COMPANY | Registered Office Address: | 100 Shockoe Slip Fl 2, Richmond, VA, 23219 - 4100, USA |

Privacy Policy  |  Contact Us

Case 1:26-cv-02470    Document 1-3    Filed 04/24/26    Page 2 of 2 PageID #: 45

VIRGINIA/SCC

# State Corporation Commission
# Clerk's Information System

Filing History        RA History        Name History        Previous Registrations

Protected Series        Garnishment Designees        Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy    |    Contact Us