

Look Up Your Account

# Midland Credit Management services accounts for Atlantic Credit & Finance*

Visit MidlandCredit.com



Atlantic Credit & Finance has partnered with Midland Credit Management to service its accounts. If there are any questions about your Atlantic Credit & Finance account, Midland Credit Management can help.

*Throughout this site, "Atlantic Credit & Finance" refers to either Atlantic Credit & Finance Special Finance Unit, LLC or Atlantic Credit & Finance Special Finance Unit III, LLC (which own accounts) and "Midland Credit Management" or "MCM" refers to Midland Credit Management, Inc. (which services accounts). Accounts that were previously serviced by Atlantic Credit & Finance, Inc. are now being serviced by MCM.

To discuss your Atlantic Credit & Finance account, please reach out to MCM by calling (800) 296-2657 or by visiting www.midlandcredit.com.

If you are interested in learning more about MCM, please see the links below.

 Pay MCM Online Today

**Pay Now**  →



View Account Activity

on MCM's Website

**Log In Today**  →



Have Questions?

MCM Offers Live Chat

**Chat Now**  →



Contact MCM

(800) 296-2657

**Contact**  →

## Accreditations

Atlantic Credit & Finance ensures the highest quality standards of quality and service.



Midland Credit Management adheres to a strict Consumer Bill of Rights. Learn more about how Midland Credit Management's commitment to consumers impacts you.

Read about MCM's Privacy Policies

Call MCM Toll Free: (800) 296-2657
Or Write MCM at: P.O. Box 939069
San Diego, California 92193



© 2026 Atlantic Credit & Finance Special Finance Unit, LLC and Atlantic Credit & Finance Special Finance Unit III, LLC. All rights reserved.

Please understand that this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.