**Business Search** ?

The business name or identification number on file with the Secretary of State.

◉ By business name    ○ By Kansas Secretary of State Business ID    ○ By current resident agent name

Midland Credit

◉ Contains    ○ Starts With

| Search | Return To Search Results |

**General Information**     **View Documents**

**Business ID**

48421 | Purchase Certified Copies |

**Business Name**

MIDLAND CREDIT MANAGEMENT, INC.

**Type**

Domestic For-Profit Corporation

**Formation Date**

09/09/1953

**Jurisdiction**

Kansas

**Status**

Active and in Good Standing

| Purchase Certificate of Good Standing |

**Principal Office**

**Address**

350 Camino De La Reina Suite 100 | Update Online |

**City, State Zip**

San Diego, CA 92108

**Country**                         United States of America

**Resident Agent Name**

CORPORATION SERVICE COMPANY

**Registered Office**

**Address**

1100 SW WANAMAKER RD. SUITE 103

**City, State Zip**

TOPEKA, KS 66604

**Last Reporting Year**

2025

**Next Report Due Date**

04/15/2027

**Forfeiture Date**

07/15/2027

All pages and content are the sole property of the Kansas Secretary of State

© 2026 - All Rights Reserved