Case 1:26-cv-02470 Document 1-6 About Us • Atlantic Credit & Finance Filed 04/24/26 Page 1 of 2 PageID #: 52



( Look Up Your Account )

## About Atlantic Credit & Finance

Atlantic Credit & Finance Special Finance Unit, LLC and Atlantic Credit & Finance Special Finance Unit III, LLC (collectively "Atlantic Credit & Finance") are wholly owned subsidiaries of Encore Capital Group, Inc.® ("Encore"). Atlantic Credit & Finance is a leading owner of past-due debts. Since 2014, Atlantic Credit & Finance has been a part of Encore, which is a global specialty finance company with operations and investments across North America, Europe, Asia, and Latin America.

Atlantic Credit & Finance accounts are now being managed by Midland Credit Management, Inc. ("MCM"), an industry leader in working with consumers to resolve unpaid debts. Through treating each person with integrity and honesty and focusing on long-term options, MCM has helped over 10 million consumers along the path to financial recovery since 1953. Midland Credit Management offers several options to resolve your account. Visit Midland Credit Management's website and log in today to learn more.

Midland Credit Management offers online chat, but if you prefer to speak directly with an account manager, please call (800) 296-2657. Or you can visit MCM's website at www.midlandcredit.com.

## Accreditations

Atlantic Credit & Finance ensures the highest quality standards of quality and service.

Case 1:26-cv-02470 Document 1-6 Filed 04/24/26 Page 2 of 2 PageID #: 53



Midland Credit Management adheres to a strict Consumer Bill of Rights. Learn more about how Midland Credit Management's commitment to consumers impacts you.

Read about MCM's Privacy Policies

Call MCM Toll Free: (800) 296-2657
Or Write MCM at: P.O. Box 939069
San Diego, California 92193



© 2026 Atlantic Credit & Finance Special Finance Unit, LLC and Atlantic Credit & Finance Special Finance Unit III, LLC. All rights reserved.

Please understand that this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.