**NYC** | **Consumer and Worker Protection**

# License Search



## Search License

Enter name or DCWP license number to see if a business/individual is licensed by DCWP.

🔍 Atlantic Credit                                                    Search

**List View**    **Map View**

Showing 1 - 6 of 6 results. Select business/individual to see more details below.

**Note:** Some businesses/individuals do not require a DCWP license to operate in NYC.

○ **ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT III, LLC**          Licensed
111 FRANKLIN RD, ROANOKE, VA 24011
STE 400

○ **ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC**             Licensed
111 FRANKLIN RD, ROANOKE, VA 24011
STE 400

○ **ATLANTIC CREDIT & FINANCE, INC.**                                 Licensed
111 FRANKLIN RD SE, ROANOKE, VA 24011
STE 400

○ **ATLANTIC CREDIT & FINANCE, INC.**
16 MCLELAND RD, SAINT CLOUD, MN 56303

○ **ATLANTIC CREDIT & FINANCE, INC.**
320 E BIG BEAVER RD, TROY, MI 48083
STE 300

○ **ATLANTIC CREDIT & FINANCE, INC.**
2810 N PARHAM RD, HENRICO, VA 23294

«  1  »