

# License Search

## Search License

Enter name or DCWP license number to see if a business/individual is licensed by DCWP.

| 🔍 Midland Credit | Search |
|---|---|

**List View**    **Map View**

Showing 1 - 10 of 12 results. Select business/individual to see more details below.

**Note:** Some businesses/individuals do not require a DCWP license to operate in NYC.

○ **MIDLAND CREDIT MANAGEMENT, INC.**
1037 RAYMOND BLVD, NEWARK, NJ 07102
STE 710 — Licensed

🔵 **MIDLAND CREDIT MANAGEMENT, INC.**
111 FRANKLIN RD, ROANOKE, VA 24011
STE 400 — Licensed

○ **MIDLAND CREDIT MANAGEMENT, INC.**
75 MAIDEN LANE, MANHATTAN, NY 10038
STE 207 — Licensed

○ **MIDLAND CREDIT MANAGEMENT, INC.**
320 E BIG BEAVER RD, TROY, MI 48083
STE 300 — Licensed

○ **MIDLAND CREDIT MANAGEMENT, INC.**
TOWER 8 CANDOR TECHSPACE, IT/ITES SEZ SECTOR 48, TIKRI, GURUGRAM, OUTSIDE USA IN, 122018
FL 1-3 — Licensed

○ **MIDLAND CREDIT MANAGEMENT, INC.**
CALLE 42 FRENTE AL HOTELCROWN PLAZA, SAN JOSE, COSTA RICA CR, 10102
UNIT — Licensed

○ **MIDLAND CREDIT MANAGEMENT, INC.**
4405 E COTTON CENTER BLVD, PHOENIX, AZ 85040
STE 130 — Licensed

○ **MIDLAND CREDIT MANAGEMENT, INC.**
600 W ST GERMAIN ST, ST CLOUD, MN 56301
FL 2 — Licensed

○ **MIDLAND CREDIT MANAGEMENT, INC.**
350 CAMINO DE LA REINA, SAN DIEGO, CA 921083003
STE 300 — Licensed

○ **MIDLAND CREDIT MANAGEMENT, INC.**
7TH FLOOR, TOWER A SP INFO CITY, GURGAON, HARYANA IN, 122001
UNIT — Licensed

«  1  2  »

## Selected Business

**Business Name:** MIDLAND CREDIT MANAGEMENT, INC.

**Business Address:** 111 FRANKLIN RD, ROANOKE, VA 24011

### DCWP Licenses

| # | License # | Status | Issue Date | Expiry Date | Business Category |
|---|-----------|--------|------------|-------------|-------------------|
| 1 | 2027430-DCA | Active | 1/10/25 | 1/31/27 | Debt Collection Agency |