An official website of New York State.

Here's how you know ⌄



🔍

# Department of State
## Division of Corporations

## Entity Information

Return to Results     Return to Search

**Entity Details** ⌃

**ENTITY NAME:** FORSTER & GARBUS LLP

**DOS ID:** 3836072

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 1500A RLLP - PARTNERSHIP LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 07/21/2009

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 07/21/2009

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:**

**NEXT STATEMENT DUE DATE:** 07/31/2029

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

---

‹    ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY    ›

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** ATTENTION: JOSHUA BORER, ESQ.

**Address:** 2950 EXPRESS DRIVE SOUTH, SUITE 234, ISLANDIA, NY, UNITED STATES, 11749

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:** 2950 EXPRESS DRIVE SOUTH, SUITE 234, ISLANDIA, NY, UNITED STATES, 11749

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

AgenciesApp DirectoryCountiesEventsProgramsServices