

---

## License Search

### Search License

Enter name or DCWP license number to see if a business/individual is licensed by DCWP.

| 🔍 Forster & Garbus | Search |

**List View**  **Map View**

Showing 1 - 2 of 2 results. Select business/individual to see more details below.

**Note:** Some businesses/individuals do not require a DCWP license to operate in NYC.

○ **FORSTER & GARBUS LLP**                                              Licensed
2950 EXPRESS DR, ISLANDIA, NY 11749
STE 100

○ **FORSTER & GARBUS LLP**
60 VANDERBILT MOTOR PKWY, COMMACK, NY 11725

« 1 »