## CONSUMER CREDIT TRANSACTION
## IMPORTANT! YOU ARE BEING SUED!!
## THIS IS A COURT PAPER - *A SUMMONS*

**DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF YOUR PAY CAN BE TAKEN FROM YOU [GARNISHEED]. IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER, BRING THESE PAPERS TO THIS COURT RIGHT AWAY. THE CLERK [PERSONAL APPEARANCE] WILL HELP YOU!**

**FILED CLERK'S OFFICE APR 01 2015 CIVIL COURT KINGS COUNTY**

**018798**

*Civil Court of the City Of New York*                 *Summons And Formal Complaint*

*County of* KINGS                                                                      R

ATLANTIC CREDIT & FINANCE
SPECIAL FINANCE UNIT, LLC
A/P/O CITIBANK N.A.

*Index No.*
*Plaintiff's Address:*  3353 ORANGE AVE NE
                                    ROANOKE      VA    24012

                        *Plaintiff*

        *against*

WILLIE L TILLMAN        *Defendant(s)*

FILE NO. 21D4400927
*The basis of venue designated is:*
    *Defendant resides in*    KINGS

    *Transaction to place in*    KINGS



*To the above named Defendant(s)*
*YOU ARE HEREBY SUMMONED to appear in The Civil Court of the City of New York, County of* KINGS *at the office of the Court Clerk at* 141 LIVINGSTON ST, BKLY *in the County of* KINGS *City and State of New York, within the time provided by the law as noted below and to file your answer to the annexed complaint with the Clerk: upon your failure to answer, judgement will be taken against you for the sum of $* 11,472.21 *together with the disbursements of this action.*

Date: 03/05/15

FORSTER & GARBUS LLP ATTY FOR PLTF
60 Motor Parkway Commack NY 11725

Def.:  803 BROADWAY APT 2 BROOKLYN NY 11206-5318          TEL: (631-393-9400)

Note: The law provides that:(a) if this summons is served by its delivery to you personally within the City Of New York, you must appear and answer within  20  days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed  30 days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

Original Creditor: CITIBANK N.A.
Original Account# ending in: 1010

FILE NO. 21D4400927                          Page 1

**TRANSACCION DE CREDITO DEL CONSUMIDOR**
**!IMPORTANTE! !UD. HA SIDO DEMANDADO!**
**ESTE ES UN DOCUMENTO LEGAL** - *UNA CITACION*

**!NO LA BOTE! !CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO [EMBARGARLO]. !SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES, [PROPIEDAD] Y PERJUDICAR SU CREDITO! !TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OTROS GASTOS LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTE INMEDIATAMENTE. VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE AYUDARA.**

Civil Court of the City Of New York                    Summons And Formal Complaint

County of  KINGS

---

ATLANTIC CREDIT & FINANCE
SPECIAL FINANCE UNIT, LLC
A/P/O CITIBANK N.A.

*No. de epigrafe*
*El direccion del Demandante:*
            3353 ORANGE AVE NE
            ROANOKE     VA   24012

                    *Demandante*

        Vs.

WILLIE L TILLMAN          *Demandado(s)*

*La razon de haber designado esta Corte es:*
    *El Demandado vive en el Condado de*   KINGS

    *La transaccion de credito tuvo lugar en el Condado de*
                    KINGS          /

---

*Al demandado arriba mencionado:*

*USTED ESTA CITADO a comparecer en la Corte Civil de la Cuidad de Nueva York, Condado de* KINGS *a la oficina del Jefe Principal de dicha Corte en* 141 LIVINGSTON ST, BKLY *en el Condado de* KINGS *Ciudad y Estado de Nueva York, dentro del tiempo provisto por la ley segun abajo indicado y presentar su repuesta a la demanda adjunta al Jefe de la Corte; si usted no comparece a contestar se rendira sentencia contra usted en la suma de $* 11,472.21 *incluyendo los desembolsos de este causa.*

                            *ausa.*
Fechado, 03/05/15          FORSTER & GARBUS LLP   ATTYS FOR PLTF
                            60 Motor Parkway Commack NY 11725

Nota: La ley provee que. (a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderla dentro de  20  dias despues de la entrega; o (b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios, que no fueran entrega personal a usted en la Ciudad de Nueva York, usted tiene  30  dias para comparecer y responder la demanda, despues de haberse presentado prueba de entrega de la citacion al Jefe de esta Corte.

    Original Creditor: CITIBANK N.A.
    Original Account# ending in: 1010

FILE NO. 21D4400927                    Page 2

FORMAL COMPLAINT

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

ATLANTIC CREDIT & FINANCE
SPECIAL FINANCE UNIT, LLC
A/P/O CITIBANK N.A.

    *against*     *Plaintiff*

WILLIE L TILLMAN    *Defendant(s)*

Plaintiff, by its attorney(s) complaining of the Defendant(s), upon information and belief, alleges:

1. That Defendant(s) resides in the county in which this action is brought; or that Defendant(s) transacted business within the county in which this action is brought in person or through his agent and that the instant cause of action arose out of said transaction.

2. ON INFORMATION AND BELIEF THE DEFENDANT IN PERSON OR THROUGH AN AGENT MADE CREDIT CARD PURCHASES UNDER A CREDIT AGREEMENT AT DEFENDANT'S REQUEST - A COPY OF WHICH WAS FURNISHED TO DEFENDANT. PLAINTIFF, AS PURCHASER OF (A/P/O) THIS ACCOUNT, WHICH WAS ORIGINALLY OWNED BY THE ABOVE CREDITOR, PURCHASED IT FOR VALUE. THE DEFENDANT WAS NOTIFIED OF SAME.

3. THERE REMAINS AN AGREED BALANCE ON SAID ACCOUNT OF $ 11,472.21 ,DUE AND OWING ON PLAINTIFF'S CAUSE OF ACTION. NO PART OF SAID SUM HAS BEEN PAID ALTHOUGH DULY DEMANDED.

4. DEFENDANT(S) IS IN DEFAULT AND DEMAND FOR PAYMENT HAS BEEN MADE.

5. PLAINTIFF, AS OWNER, IS AUTHORIZED TO PROCEED WITH THIS ACTION.
PLAINTIFF IS LICENSED BY THE NYC DEPARTMENT OF CONSUMER AFFAIRS
LICENSE NUMBER 1118899

There is due Plaintiff from Defendant(s) the amount in the complaint, no part of which has been paid, although duly demanded

WHEREFORE Plaintiff demands judgement against Defendant(s) for the sum of $ 11,472.21 together with the Disbursements of this action.

FORSTER & GARBUS LLP

WE ARE DEBT COLLECTORS; ANY INFORMATION OBTAINED WILL
BE USED IN ATTEMPTING TO COLLECT THIS DEBT.

TEL # 1-631-393-9400
**ATTORNEY(S) FOR PLAINTIFF**
60 MOTOR PARKWAY
COMMACK, NY 11725

PURSUANT TO PART 130-1.1-a OF THE RULES OF THE
CHIEF ADMINISTRATOR THIS SIGNATURE APPLIES
TO THE ATTACHED SUMMONS AND COMPLAINT

DATED: THE 05 DAY OF MARCH ,2015

FILE NO. 21D4400927

OLIVIA DEBELLIS JOEL D. LEIDERMAN KEVIN M. KNAB

Page 3