An Official **Pennsylvania** Government Website



Login

# Business Search

*As of 04/01/2026 we have processed all business filings received in our office through 03/31/2026.*

**Business Search Info:**  ⌄

Abrahamsen Gindin  🔍  *

Advanced ⌄

Results: 1

| Filing Information | | Initial Filing Date | Status | Entity Type | Formed In | Address |
|---|---|---|---|---|---|---|
| ABRAHAMSEN GINDIN, LLC (6806703) | › | 12/06/2018 | Active | Domestic Limited Liability Company | PENNSYLVANIA | ABRAHAMSEN GINDIN 220 PENN AVE, STE 210 SCRANTON, PA 18503-1900 |



Case 1:26-cv-02470    Document 1-12    Filed 04/24/26    Page 2 of 2 PageID #: 65

n Official **Pennsylvania** Government Website









?

>