

# License Search

## Search License

Enter name or DCWP license number to see if a business/individual is licensed by DCWP.



🔍 Abrahamsen                                                                    [ Search ]

**List View** | **Map View**

Showing 1 - 2 of 2 results. Select business/individual to see more details below.

**Note:** Some businesses/individuals do not require a DCWP license to operate in NYC.

⦿ **ABRAHAMSEN GINDIN LLC**                                        [Licensed]
   245 MAIN ST, DICKSON CITY, PA 18519
   STE 100

○ **WALTER J ABRAHAMSEN**
   BROOKLYN, NY 11218

« **1** »

## Selected Business

**Business Name:** ABRAHAMSEN GINDIN LLC
**Business Address:** 245 MAIN ST, DICKSON CITY, PA 18519

## DCWP Licenses

| # | License # | Status | Issue Date | Expiry Date | Business Category |
|---|-----------|--------|------------|-------------|-------------------|
| 1 | 2114847-DCA | Active | 1/28/25 | 1/31/27 | Debt Collection Agency |