

We understand that sometimes financial problems happen.

We are here to help!

Forster & Garbus LLP is a Wholly-Owned Subsidiary of Abrahamsen Gindin LLC

**Make a Payment**

Case 1:26-cv-02470    Document 1-14    Filed 04/24/26    Page 2 of 12 PageID #: 68

Home - Abrahamsen Gindin

**Forster & Garbus LLP is a Wholly-Owned Subsidiary of Abrahamsen Gindin LLC**

## For information about commercial collections, click below:



# About Abrahamsen Gindin

**We provide an efficient and effective collection process that lowers legal and litigation risk for our clients.**

## What We Do

Abrahamsen Gindin collects on outstanding receivables for clients, using the legal process across various financial verticals.

We achieve this with a state-of-the-art automated process that provides efficiency while maintaining effective and compliant attorney involvement.

We maintain a compliance system that lowers legal and litigation risk for our clients.

## Our Philosphy

We are committed to being fair and effective in recovering all that our clients are owed.

We are always personable and professional in our dealings with consumers.

Case 1:26-cv-02470    Document 1-14    Filed 04/24/26    Page 3 of 12 PageID #: 69



Joshua Gindin



David Schlee



Joshua Borer

# Where We Work

### INDUSTRIES

- Financial Institutions
- Credit Grantors
- Debt Purchasers
- Student Loan Holders
- Auto Financiers
- Government Offices
- Health Care Providers

### STATES

- New York
- New Jersey
- Pennsylvania
- Washington D.C.
- Maryland
- Delaware

### CLIENTS

- Major Financial Companies
- Major Credit Card Companies
- Major Student Loan Servicers

Case 1:26-cv-02470     Document 1-14     Filed 04/24/26     Page 4 of 12 PageID #: 70

# Payments



## Phone

Hours

Monday – Friday 8 a.m. to 5 p.m.
(Eastern Time Zone)

**800-811-3464**



## Online

My Account

Schedule Payments

**Pay Here**



## Mail

Abrahamsen Gindin LLC

2950 Express Drive South, Suite 234

Islandia, NY 11749

# Consumer Resources

## Frequently Asked Questions

Who Is AG Law?                                                            ⊕

How do I contact AG Law?                                                  ⊕

How can I dispute my account?                                            ⊕

I was contacted by AG Law. What do I do?                                 ⊕

How do I make a payment to AG Law?                                       ⊕

I've never heard of AG Law. Why do I owe them money?                     ⊕

How can I access my AG Law account online?                              ⊕

What do I do if I've filed for bankruptcy?                              ⊕

How can I file a complaint?                                             ⊕

What if I have financial hardship?                                      ⊕

Case 1:26-cv-02470    Document 1-14    Filed 04/24/26    Page 6 of 12 PageID #: 72

## Credit Reporting Agencies

**Annual Credit Report**

**Equifax**

**Experian**

**TransUnion**

## Your Rights

**Receivables Management Association Consumer Resources**

**Consumer Financial Protection Bureau**

**Federal Trade Commission Consumer Information**

Case 1:26-cv-02470    Document 1-14    Filed 04/24/26    Page 7 of 12 PageID #: 73

# News



## AG Law Receives Process Excellence Award

May 16, 2024

Scranton, PA – May 16, 2024 – Abrahamsen Gindin LLC (AG Law), a multi-state creditors' rights firm headquartered in Scranton, Pa., has received the prestigious Process Excellence Award from its client, Resurgent Capital Services. The award was presented at the 2024...

Case 1:26-cv-02470     Document 1-14     Filed 04/24/26     Page 8 of 12 PageID #: 74



## The Games of Summer

Jul 17, 2024

A look at some of the strangest Olympic events ever included in these global competitions.



## Believe-It-or-Not Tax Deductions

Apr 9, 2024

The IRS has allowed and disallowed some pretty crazy tax deductions over the years...



## Founding Fathers: Four Fascinating Facts

Jul 3, 2024

We tend to envision these men as icons of sobriety, virtue, and decorum...



## AI in Collections: Is It Worth the Risk?

Mar 20, 2024

Should your company jump on the AI bandwagon?

Case 1:26-cv-02470 Document 1-14 Filed 04/24/26 Page 10 of 12 PageID #: 76



## Best (or Worst) Dad Jokes Ever!

Jun 13, 2024

In honor of Father's Day, we scoured the web for the most terrible dad jokes…

**Click Here to Read More**

## Abrahamsen Gindin LLC<span style="color:green">RMAI Certification PageAffiliate Certifications Page</span>

220 Penn Ave, Suite 210

Scranton, PA 18503

1-800-811-3464

info@ag-lawllc.com

<span style="color:green">NMLS Certification 1901664</span>

NY City Residence Only:We offer Spanish translation services.

A translation and description of commonly used debt collection terms are available in multiple languages on the New York City Department of Consumer and Worker Protection (DCWP) website, www.nyc.gove/dca.

**Contact Us**



Privacy PolicySMS Mobile Terms & Conditions

*This communication is from a debt collection agency and is an attempt to collect a debt. Any information obtained will be used for that purpose.*

Case 1:26-cv-02470 Document 1-14 Filed 04/24/26 Page 12 of 12 PageID #: 78

Copyright © 2024 Abrahamsen Gindin LLC

Copyright © 2024 Abrahamsen Gindin LLC