Case 1:26-cv-02470    Document 1-15    Filed 04/24/26    Page 1 of 5 PageID #: 79



# AG Law Acquires Forster and Garbus LLP



## AG Law recently acquired Long Island-based Forster and Garbus LLP.

AG Law is owned by Joshua Gindin, David Schlee, Josh Borer, and Ned Abrahamsen. The firm currently operates in New York, New Jersey, Pennsylvania, Delaware, Maryland, and Washington, D.C.; it plans to expand further once the firms are fully integrated within 12 to 18 months.

In addition, AG Law will introduce cloud-based technology for better efficiency in filing lawsuits while maintaining effective and compliant attorney involvement.

"With the synergy between the two firms, we expect to provide state-of-the-art performance for our clients," Gindin said.

"Our goal is to maintain a compliance system that lowers legal and litigation risk for our clients," Schlee added.

Attorney Ron Forster will be retiring once the transition is complete. "It's comforting knowing that the relationships we have built over the last 50 years will continue uninterrupted," Forster said.

"We are confident that AG Law will meet and exceed our clients' expectations. AG Law is a like-minded firm that brings updated technology, youth, and financial stability to our organization."

Search

## Recent Posts

The Games of Summer July 17, 2024

Founding Fathers: Four Fascinating Facts July 3, 2024

Best (or Worst) Dad Jokes Ever! June 13, 2024

Are You Swimming in a Sea of Knowledge? June 7, 2024

A Time to Honor Our Fallen Heroes May 23, 2024

AG Law Receives Process Excellence Award May 16, 2024

4 Under-Appreciated May Holidays May 1, 2024

Four Surprising Facts About Passover April 23, 2024

Believe-It-or-Not Tax Deductions April 9, 2024

AI in Collections: Is It Worth the Risk? March 20, 2024

Case 1:26-cv-02470 Document 1-15 Filed 04/24/26 Page 4 of 5 PageID #: 82

# Abrahamsen Gindin LLC RMAI Certification Page

220 Penn Ave, Suite 210

Scranton, PA 18503

1-800-811-3464

info@ag-lawllc.com

Affiliate Certifications Page

NMLS Certification 1901664

NY City Residence Only:We offer Spanish translation services.

A translation and description of commonly used debt collection terms are available in multiple languages on the New York City Department of Consumer and Worker Protection (DCWP) website, www.nyc.gove/dca.

**Contact Us**



Privacy PolicySMS Mobile Terms & Conditions

*This communication is from a debt collection agency and is an attempt to collect a debt. Any information obtained will be used for that purpose.*

Copyright © 2024 Abrahamsen Gindin LLC