

# Welcome to the Abrahamsen Gindin LLC Website



You've been redirected here from the Forster and Garbus LLP website.

Forster and Garbus LLP has been acquired by Abrahamsen Gindin LLC (AG Law) and is a wholly owned subsidiary of Abrahamsen Gindin LLC.

## About Abrahamsen Gindin LLC

Abrahamsen Gindin LLC  is a multi-state creditors' rights firm headquartered in the Scranton, Pennsylvania area.

AG Law is owned by Joshua Gindin, David Schlee, Josh Borer, and Ned Abrahamsen. The firm currently operates in New York, New Jersey, Pennsylvania, Delaware, Maryland, West Virginia, Kentucky, and Washington, D.C.

## About the Transition

During this transition, Abrahamsen Gindin will introduce technology for better efficiency in filing lawsuits while maintaining effective and compliant attorney involvement.

 "With the synergy between the two firms, we expect to provide state-of-the-art performance for our clients," says Josh Gindin, Partner.

"Our goal is to maintain a compliance system that lowers legal and litigation risk for our clients," adds David Schlee, Partner.

"It's comforting knowing that the relationships we have built over the last 50 years will continue uninterrupted," say Evan Forster, Director of Marketing and Client Development. "We are confident that AG Law will meet and exceed our clients' expectations. AG Law is a like-minded firm that brings updated technology, youth, and financial stability to our organization."

Contact for Abrahamsen Gindin LLC:

1-800-811-3464

info@ag-lawllc.com

**Make a Payment to Abrahamsen Gindin LLC**

Contact for Forster and Garbus LLP:

1-800-245-9943

info@ag-lawllc.com

**Make a Payment to Forster and Garbus LLP**

# Abrahamsen Gindin LLC

220 Penn Ave, Suite 210

Scranton, PA 18503

1-800-811-3464

info@ag-lawllc.com

RMAI Certification Page

Affiliate Certifications Page

NMLS Certification 1901664

NY City Residence Only:

We offer Spanish translation services.

A translation and description of commonly used debt collection terms are available in multiple languages on the New York City Department of Consumer and Worker Protection (DCWP) website, www.nyc.gove/dca.

**Contact Us**



Privacy Policy

SMS Mobile Terms & Conditions

*This communication is from a debt collection agency and is an attempt to collect a debt. Any information obtained will be used for that purpose.*

Copyright © 2024 Abrahamsen Gindin LLC

*This communication is from a debt collection agency and is an attempt to collect a debt. Any information obtained will be used for that purpose.*





We understand that sometimes financial problems happen.

# Forster & Garbus LLP is a Wholly-Owned Subsidiary of Abrahamsen Gindin LLC

# For information about commercial collections, click below:



# About Abrahamsen Gindin

**We provide an efficient and effective collection process that lowers legal and litigation risk for our clients.**

## What We Do

Abrahamsen Gindin collects on outstanding receivables for clients, using the legal process across various financial verticals.

We achieve this with a state-of-the-art automated process that provides efficiency while maintaining effective and compliant attorney involvement.

We maintain a compliance system that lowers legal and litigation risk for our clients.

## Our Philosphy

We are committed to being fair and effective in recovering all that our clients are owed.

We are always personable and professional in our dealings with consumers.



Joshua Gindin



David Schlee



Joshua Borer

## Where We Work

## INDUSTRIES

- Financial Institutions
- Credit Grantors
- Debt Purchasers
- Student Loan Holders
- Auto Financiers
- Government Offices
- Health Care Providers

## STATES

- New York
- New Jersey
- Pennsylvania
- Washington D.C.
- Maryland
- Delaware

## CLIENTS

- Major Financial Companies
- Major Credit Card Companies
- Major Student Loan Servicers

## Payments

# Phone

Hours

Monday – Friday 8 a.m. to 5 p.m.
(Eastern Time Zone)

800-811-3464

# Online

My Account

Schedule Payments

Pay Here

# Mail

Abrahamsen Gindin LLC

2950 Express Drive South, Suite 234

Islandia, NY 11749

# Consumer Resources

## Frequently Asked Questions

Who Is AG Law? ⊕

How do I contact AG Law? ⊕

How can I dispute my account? ⊕

I was contacted by AG Law. What do I do? ⊕

How do I make a payment to AG Law? ⊕

I've never heard of AG Law. Why do I owe them money? ⊕

How can I access my AG Law account online? ⊕

What do I do if I've filed for bankruptcy? ⊕

How can I file a complaint? ⊕

What if I have financial hardship? ⊕

# Credit Reporting Agencies

Annual Credit Report

Equifax

Experian

TransUnion

# Your Rights

Receivables Management Association Consumer Resources

Consumer Financial Protection Bureau

Federal Trade Commission Consumer Information

# News

## AG Law Receives Process Excellence Award

May 16, 2024

Scranton, PA – May 16, 2024 – Abrahamsen Gindin LLC (AG Law), a multi-state creditors' rights firm headquartered in Scranton, Pa., has received the prestigious Process Excellence Award from its client, Resurgent Capital Services. The award was presented at the 2024...

## Believe-It-or-Not Tax Deductions

Apr 9, 2024

The IRS has allowed and disallowed some pretty crazy tax deductions over the years...

## The Games of Summer

Jul 17, 2024

A look at some of the strangest Olympic events ever included in these global competitions.

## AI in Collections: Is It Worth the Risk?

Mar 20, 2024

Should your company jump on the AI bandwagon?

## Best (or Worst) Dad Jokes Ever!

Jun 13, 2024

In honor of Father's Day, we scoured the web for the most terrible dad jokes...

## Founding Fathers: Four Fascinating Facts

Jul 3, 2024

We tend to envision these men as icons of sobriety, virtue, and decorum...

Click Here to Read More

Click Here to Read More

# Abrahamsen Gindin LLC

220 Penn Ave, Suite 210

Scranton, PA 18503

1-800-811-3464

info@ag-lawllc.com

RMAI Certification Page

Affiliate Certifications Page

NMLS Certification 1901664

Privacy Policy

SMS Mobile Terms & Conditions

NY City Residence Only:

We offer Spanish translation services.

A translation and description of commonly used debt collection terms are available in multiple languages on the New York City Department of Consumer and Worker Protection (DCWP) website, www.nyc.gove/dca.

Contact Us

*This communication is from a debt collection agency and is an attempt to collect a debt. Any information obtained will be used for that purpose.*

Copyright © 2024 Abrahamsen Gindin LLC

## Terms & Conditions

By checking the "I Accept" box below you are asserting that you are the named individual on the account and are authorized to review and discuss the personal information contained on the account, or that you are a third party making a payment on behalf of the individual named on the account.

☐ I Accept the Terms & Conditions and wish to proceed with making a payment or offer.

Submit

2950 Express Dr S. Ste 234 • Islandia NY 11749 USA

This law firm is a debt collector, as defined by 15 U.S.C. §1692(a)(6), and this is an attempt to collect a debt. Any information obtained by us will be used for that purpose.

Copyright © by Abrahamsen Gindin, LLC All rights reserved. You may reproduce materials available at this site for your own personal use and for non-commercial distribution. All copies must include this copyright statement.

The materials contained in this Web site have been prepared and presented for informational purposes and are not to be considered advertising or legal advice.
This information is not intended to create, and receipt of it does not constitute or create, an attorney-client relationship between this Firm and/or any lawyer in this Firm with any reader or recipient of this information. Internet subscribers and online readers should not act upon this information without seeking professional counsel.
Do not send us confidential information until you speak with one of our attorneys and get authorization to do so.

Any reference or link to a third party found on our internet site is not an express or implied endorsement by Abrahamsen Gindin, LLC as to that third party or the information provided.

REPAY Privacy Policy