# Social Security Administration
# Benefit Verification Letter

Date: September 5, 2025
BNC#: ▮▮▮▮▮▮▮
REF: ▮▮▮▮▮

WILLIE LOUIS TILLMAN
APT 607
500 LIVONIA AVE
BROOKLYN NY  11207-5258

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2024, the full monthly Social Security benefit before any deductions is $2,332.20.

We deduct $185.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,147.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on April 4, 2015.

## Information About Past Social Security Benefits

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $2,275.40.

We deducted $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,100.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

**Information About Supplemental Security Income Payments**

Beginning March 2017, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning March 2017.

We found that you became disabled under our rules on April 4, 2015.

**Type of Supplemental Security Income Payment Information**

You are entitled to monthly payments as a disabled individual.

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning October 2017.

You are entitled to medical insurance under Medicare beginning October 2017.

Your Medicare number is ▮▮▮▮▮▮▮▮. You may use this number to get medical services while waiting for ▮▮▮▮▮▮ card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Date of Birth Information**

The date of birth shown on our records is ▮▮▮▮▮▮▮▮.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-613-2767**.

SOCIAL SECURITY
BLDG
3386 FULTON STREET
BROOKLYN NY 11208

3 of 3

**How are we doing?**  Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

*0202BEV6WB7U1JF* CCM.M72.BEV6W.R250905