

CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 10, 2025 through August 08, 2025

Account Number: ███████ 7254

01596677 DRE 802 219 22125 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY
Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$13,750.82** |
| Deposits and Additions | 2,397.00 |
| ATM & Debit Card Withdrawals | -9.50 |
| Electronic Withdrawals | -2,823.46 |
| Other Withdrawals | -9,561.94 |
| **Ending Balance** | **$3,752.92** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$13,750.82** |
| 07/17 | ██████████████████████ | -9.50 | 13,741.32 |
| 07/24 | ██████████████████████ | -250.00 | 13,491.32 |
| 07/28 | ██████████████████████ | -32.59 | 13,458.73 |
| 08/01 | SSA  Treas 310  Xxsoc Sec         PPD ID: 9031736026 | **2,147.00** | 15,605.73 |
| 08/01 | ██████████████████████ | **250.00** | 15,855.73 |
| 08/04 | ██████████████████████ | -291.23 | 15,564.50 |
| 08/04 | ██████████████████████ | -627.28 | 14,937.22 |
| 08/04 | ██████████████████████ | -410.94 | 14,526.28 |
| 08/04 | ██████████████████████ | -64.99 | 14,461.29 |
| 08/04 | ██████████████████████ | -191.04 | 14,270.25 |
| 08/04 | ██████████████████████ | -734.78 | 13,535.47 |
| 08/04 | ██████████████████████ | -98.72 | 13,436.75 |
| 08/05 | Coal-29May25-4667 | -9,561.94 | 3,874.81 |
| 08/05 | ██████████████████████ | -50.00 | 3,824.81 |
| 08/06 | ██████████████████████ | -71.89 | 3,752.92 |
| | **Ending Balance** | | **$3,752.92** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow^SM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**



July 10, 2025 through August 08, 2025

Account Number: ███████ **7254**

(Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR,** keep a balance at the beginning of each day of **$1,500.00** or more in this account.

- **OR,** keep an average beginning day balance of **$5,000.00** or more in qualifying linked deposits and investments.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 10, 2025 through July 09, 2025

Account Number:  ▮▮▮▮▮**7254**

01586278 DRE 802 219 19125 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## We're making changes to help better protect your account

1.  **You may be required to use a trusted device for certain account and digital services**

    Starting September 21, 2025, you may need to use a trusted device to manage your account and digital profile, access or use certain account product and services (including certain wire transfers), make certain payments and transfers, or to provide authentication or approvals. A trusted device is a smartphone that has been enrolled with us based on specific criteria.

    **You may need to enroll a device**

    You may already be using a trusted device. If not, you'll receive instructions to make your device trusted the next time you try to perform an action that requires it.

    For more details, please see the Amendment in the Deposit Account Agreement and the new Section V. D. *Using trusted devices.*

2.  **How we treat third-party endorsed check deposits is changing**

    A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

    You can find this update in Section III. A. *Our rights and responsibilities for deposits.*

You can see the complete, updated Deposit Account Agreement beginning June 12, 2025, at **chase.com/disclosures**. If you have questions, please don't hesitate to contact us by calling the number on this statement.

Case 1:26-cv-02470    Document 1-18    Filed 04/24/26    Page 4 of 32 PageID #: 108



June 10, 2025 through July 09, 2025
Account Number: ████████ 7254

## CHECKING SUMMARY | Chase Total Checking

|  | AMOUNT |
|---|---|
| Beginning Balance | $13,955.94 |
| Deposits and Additions | 2,147.00 |
| ATM & Debit Card Withdrawals | -183.00 |
| Electronic Withdrawals | -2,169.12 |
| Ending Balance | $13,750.82 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $13,955.94 |
| 06/10 | ██████████████████████ | -62.00 | 13,893.94 |
| 06/26 | ██████████████████████ | -109.00 | 13,784.94 |
| 06/30 | ██████████████████████ | -32.59 | 13,752.35 |
| 07/03 | SSA Treas 310 Xxsoc Sec        PPD ID: 9031736026 | 2,147.00 | 15,899.35 |
| 07/03 | ██████████████████████ | -385.89 | 15,513.46 |
| 07/03 | ██████████████████████ | -674.86 | 14,838.60 |
| 07/07 | ██████████████████████ | -627.28 | 14,211.32 |
| 07/07 | ██████████████████████ | -16.63 | 14,194.69 |
| 07/07 | ██████████████████████ | -130.17 | 14,064.52 |
| 07/07 | ██████████████████████ | -68.75 | 13,995.77 |
| 07/07 | ██████████████████████ | -174.37 | 13,821.40 |
| 07/08 | ██████████████████████ | -12.00 | 13,809.40 |
| 07/08 | ██████████████████████ | -58.58 | 13,750.82 |
|  | Ending Balance |  | $13,750.82 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNowSM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



June 10, 2025 through July 09, 2025

Account Number:                7254



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 09, 2025 through June 09, 2025

Account Number:                     7254

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

01585978 DRE 802 219 16125 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258



# Important update about your Chase Total Checking® Monthly Service Fee

Beginning August 24, 2025, the Monthly Service Fee for Chase Total Checking will change to **$15**, however you can continue to pay a **$0** Monthly Service Fee when you meet one of the ways listed below to have it waived.

## How to have your Monthly Service Fee waived:

$0 Monthly Service Fee when you have **any ONE** of the following during each monthly statement period:
- Electronic deposits[1] made into this account totaling $500 or more
- **OR,** a balance at the beginning of each day of $1,500 or more in this account
- **OR,** an average beginning day balance of $5,000 or more in any combination of this account and linked qualifying deposits[2]/investments[3].

## Maximize the benefits of your Chase Total Checking account, which include:
- **Convenience** – Enjoy access to more than 15,000 fee-free Chase ATMs and the ability to meet with a banker at nearly 5,000 branches, with the only bank to have branches in all lower 48 states. Also, bank virtually anytime, anywhere with the Chase Mobile® app[4] and use Zelle®[5] as a fast and easy way to send and receive money with people you know and trust who have an eligible account at a participating U.S. bank.
- **Security** – Receive identity monitoring and check your credit score for free with Credit Journey®. With Zero Liability Protection get reimbursed for unauthorized debit card transactions when reported promptly[6].
- **Money saving benefits** – Earn cash back with Chase Offers when you activate deals on great brands and pay with your Chase debit card.

If you have questions, you can schedule a meeting with a banker at **chase.com/meeting** or call us at the number on this statement. You can also find information in the Additional Banking Services and Fees disclosure at chase.com/disclosures.

[1] Such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa® or Mastercard® network.

[2] Qualifying personal deposits include Chase First Checking[SM], accounts, personal Chase savings accounts (excluding Chase Premier Savings[SM], and Chase Private Client Savings[SM]), CDs, certain Chase Retirement CDs, or certain Chase Retirement Money Market Accounts.

[3] Qualifying personal investments include balances in investment and annuity products offered through JPMorgan Chase & Co. and its affiliates and agencies. For most products, we use daily balances to calculate the average beginning day balance for such investment and annuity products. Some third-party providers report balances on a weekly, not daily, basis and we will use the most current balance reported. Balances in 529 plans, donor-advised funds, and certain retirement plan investment accounts do not qualify. Investment products and related services are only available in English.

[4] **Chase Mobile App:** Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

[5] **Zelle:** Enrollment in Zelle® at a participating financial institution using an eligible U.S. checking or savings account is required to use the service. Chase customers may not enroll using savings accounts; an eligible Chase consumer or business checking account is required and may have its own account fees. Consult your account agreement. Funds are typically made available in minutes when the recipient's email address or U.S. mobile number is already enrolled with Zelle® (go to enroll.zellepay.com to view participating banks). Select transactions could take up to 3 business days. Enroll on the Chase Mobile® app or Chase Online[SM]. Limitations may apply. Message and data rates may apply.



May 09, 2025 through June 09, 2025

Account Number:                                    7254

Zelle® is intended for payments to recipients you know and trust and is not intended for the purchase of goods from retailers, online marketplaces or through social media posts. Neither Zelle® nor Chase provide protection if you make a purchase of goods using Zelle® and then do not receive them or receive them damaged or not as described or expected. In case of errors or questions about your electronic funds transfers, including information on reimbursement for fraudulent Zelle® payments, see your account agreement. Neither Chase nor Zelle® offers reimbursement for authorized payments you make using Zelle®, except for a limited reimbursement program that applies for certain imposter scams where you sent money with Zelle®. This reimbursement program is not required by law and may be modified or discontinued at any time.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

[6] **Zero Liability:** Chase will reimburse unauthorized debit card transactions when reported promptly. Certain limitations apply. See Deposit Account Agreement for details.

## CHECKING SUMMARY    Chase Total Checking

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$14,318.99** |
| Deposits and Additions | 2,247.00 |
| ATM & Debit Card Withdrawals | -102.50 |
| Electronic Withdrawals | -2,307.55 |
| Fees | -200.00 |
| **Ending Balance** | **$13,955.94** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$14,318.99** |
| 05/29 |  | -102.50 | 14,216.49 |
| 05/29 |  | -32.58 | 14,183.91 |
| 06/02 | Legal Processing Fee | -100.00 | 14,083.91 |
| 06/03 | SSA  Treas 310   Xxsoc Sec       PPD ID: 9031736039 | **2,147.00** | 16,230.91 |
| 06/03 |  | -141.87 | 16,089.04 |
| 06/03 |  | -592.00 | 15,497.04 |
| 06/03 |  | -552.30 | 14,944.74 |
| 06/04 |  | -627.28 | 14,317.46 |
| 06/04 |  | -30.00 | 14,287.46 |
| 06/05 |  | -75.81 | 14,211.65 |
| 06/05 |  | -56.76 | 14,154.89 |
| 06/06 | Service Fee Reversal | **100.00** | 14,254.89 |
| 06/06 | Legal Processing Fee | -100.00 | 14,154.89 |
| 06/06 |  | -198.95 | 13,955.94 |
|  | **Ending Balance** |  | **$13,955.94** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**

**CHASE ◯**

May 09, 2025 through June 09, 2025
Account Number:                    7254



## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



May 09, 2025 through June 09, 2025

Account Number: ███████████ 7254

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 09, 2025 through May 08, 2025

Account Number:                          7254



01580458 DRE 802 219 12925 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking accounts at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:
- Standard Overdraft Practice and Chase Debit Card Coverage$^{SM}$ are not available for Chase High School Checking$^{SM}$, Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.
- Overdraft Protection is not available for Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$14,145.12** |
| Deposits and Additions | 2,147.00 |
| ATM & Debit Card Withdrawals | -203.44 |
| Electronic Withdrawals | -1,769.69 |
| **Ending Balance** | **$14,318.99** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$14,145.12** |
| 04/11 | | -67.48 | 14,077.64 |
| 04/25 | | -68.98 | 14,008.66 |
| 04/29 | | -32.59 | 13,976.07 |
| 05/02 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031736026 | **2,147.00** | 16,123.07 |
| 05/05 | | -277.36 | 15,845.71 |
| 05/05 | | -595.99 | 15,249.72 |
| 05/05 | | -288.81 | 14,960.91 |
| 05/05 | | -267.62 | 14,693.29 |



April 09, 2025 through May 08, 2025

Account Number:                          7254

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 05/05 | | -80.33 | 14,612.96 |
| 05/05 | | -74.45 | 14,538.51 |
| 05/05 | | -80.06 | 14,458.45 |
| 05/07 | | -72.48 | 14,385.97 |
| 05/08 | | -66.98 | 14,318.99 |
| | **Ending Balance** | | **$14,318.99** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR,** keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR,** keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



April 09, 2025 through May 08, 2025

Account Number: ▉▉▉▉▉▉▉▉▉▉ **7254**



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:
1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage℠, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist℠, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire℠ Checking and Chase Private Client Checking℠ accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.



This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 11, 2025 through April 08, 2025

Account Number:                    **7254**

01578140 DRE 802 219 09925 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## We've increased the amount we make available for certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your receipt will always show the date when your deposit is expected to be available.

For more details, including the reasons we may delay the full check deposit, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement which you can find at **chase.com/disclosures**.

If you have any questions, please call the number listed on this statement.

## We're increasing the rush fee for replacement debit and ATM cards

Starting June 22, 2025, a $15 fee will apply if you request express shipping of a replacement Chase debit or ATM card. Please know that you can still receive a replacement card at no cost through our regular mailing process.

### Access your replacement debit card sooner by adding it to your digital wallet
- If your debit card is already in your digital wallet, you'll typically be able to use your replacement debit card once it's issued.
- If you haven't added your debit card to your digital wallet yet, we highly recommend doing so. You can add your debit card to your digital wallet in the Chase Mobile® app[1]. For more information, visit **chase.com/digital-payments**.

Special Note: If you have a Chase Private Client Checking[SM], Chase Sapphire[SM] Checking or Chase Private Client Savings[SM] account, the rush shipping fee will not apply.

If you have any questions, please don't hesitate to call the number on this statement. We're here to help.

[1] **Chase Mobile®** app is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$13,708.21** |
| Deposits and Additions | 2,991.54 |
| ATM & Debit Card Withdrawals | -65.93 |
| Electronic Withdrawals | -2,388.70 |
| Other Withdrawals | -100.00 |
| **Ending Balance** | **$14,145.12** |

Case 1:26-cv-02470    Document 1-18    Filed 04/24/26    Page 16 of 32 PageID #: 120

# CHASE ○

March 11, 2025 through April 08, 2025
Account Number:                    7254

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$13,708.21** |
| 03/12 | | **844.54** | 14,552.75 |
| 03/12 | | -100.00 | 14,452.75 |
| 03/12 | | -25.00 | 14,427.75 |
| 03/20 | | -54.43 | 14,373.32 |
| 03/27 | | -11.50 | 14,361.82 |
| 03/31 | | -32.59 | 14,329.23 |
| 04/03 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031736026 | **2,147.00** | 16,476.23 |
| 04/04 | | -674.22 | 15,802.01 |
| 04/04 | | -460.08 | 15,341.93 |
| 04/07 | | -595.99 | 14,745.94 |
| 04/07 | | -220.01 | 14,525.93 |
| 04/07 | | -105.31 | 14,420.62 |
| 04/07 | | -133.77 | 14,286.85 |
| 04/07 | | -68.67 | 14,218.18 |
| 04/08 | | -73.06 | 14,145.12 |
| | **Ending Balance** | | **$14,145.12** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow**[SM] **network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
(Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of **$1,500.00 or more** in this account.

- **OR**, keep an average beginning day balance of **$5,000.00 or more** in qualifying linked deposits and investments.

Page 2 of 4



March 11, 2025 through April 08, 2025

Account Number:  7254



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case 1:26-cv-02470    Document 1-18    Filed 04/24/26    Page 18 of 32 PageID #: 122



This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 11, 2025 through March 10, 2025
Account Number:                        7254

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



01573035 DRE 802 219 07025 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## We're introducing new security measures for certain wire transfers when using our digital banking services

To help protect your account, you may be required to use a trusted device to send certain wire transfers when using chase.com or the Chase Mobile® app.[1] Here are the key changes that will be effective May 8, 2025:

- **Use of Trusted Devices:** You'll need to use a trusted device to send certain wire transfers using our digital banking services. A trusted device is a smartphone that has been enrolled with us based on specific criteria.
- **Enrolling a Device:** You may already be using a trusted device. If not, you'll receive step-by-step instructions to make your device trusted the next time you initiate a wire transfer that requires it. You'll need to use a smartphone with the Chase Mobile® app installed and fulfill certain identification requirements, such as scanning and uploading a copy of your driver's license or state ID.
- **Restrictions on Wire Transfers:** If you don't have a trusted device, you may not be able to add recipients or initiate certain wire transfers using our digital banking services. This won't affect your ability to initiate wires at a Chase branch or J.P. Morgan Financial Center.

**Where to Find More Information**
These policy updates are effective May 8, 2025, and will be detailed in Section 3 of the *Online Wire Transfer and Chase Global Transfer Services Addendum*, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement.

You can review the new requirements in those agreements beginning February 20, 2025. Here's how to access them:
- **On chase.com:** Log in to your account, click on the Main Menu, and select "Agreements & Disclosures."
- **On the Chase Mobile® app:** Go to "Legal Information" in Profile & Settings or at the bottom of the home page, then select "Legal Agreements and Disclosures."

If you have any questions, please call the number listed on this statement.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

| CHECKING SUMMARY | Chase Total Checking | |
|---|---|---|
| | | **AMOUNT** |
| **Beginning Balance** | | **$13,758.87** |
| Deposits and Additions | | 2,147.00 |
| Electronic Withdrawals | | -2,197.66 |
| **Ending Balance** | | **$13,708.21** |



February 11, 2025 through March 10, 2025
Account Number: **7254**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$13,758.87** |
| 02/28 | | -32.59 | 13,726.28 |
| 03/03 | SSA Treas 310 Xxsoc Sec          PPD ID: 9031736039 | **2,147.00** | 15,873.28 |
| 03/03 | | -753.18 | 15,120.10 |
| 03/03 | | -354.08 | 14,766.02 |
| 03/04 | | -595.99 | 14,170.03 |
| 03/04 | | -160.94 | 14,009.09 |
| 03/04 | | -122.60 | 13,886.49 |
| 03/05 | | -89.96 | 13,796.53 |
| 03/05 | | -88.32 | 13,708.21 |
| | **Ending Balance** | | **$13,708.21** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow^SM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $13,708.21)

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $13,786.85)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 10, 2025 through February 10, 2025
Account Number: ██████ **7254**

01567610 DRE 802 219 04325 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



**To help protect you from fraud and scams, you'll no longer be able to send Zelle® payments to recipients originating from social media – such as social media marketplaces or messaging apps**

Due to the significant rise in social media scams and to help protect your account, we'll be updating our policies on March 23, 2025, limiting your ability to send Zelle® payments identified as originating from contact through social media. As a result, we may:
- Request details about your payment's purpose and how you made contact with the recipient
- Block or decline payments identified as originating from contact through social media
- Decline payments, restrict your use of Zelle® through Chase or take other actions as described in your account agreement if you do not respond truthfully to questions we ask

The updates to the policy become effective March 23, 2025, and will be outlined in Section 2 of the Zelle® Service Agreement, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement. You can review the new agreements beginning January 23, 2025. Here's how to access them:
- On chase.com, log in to your account, click the Main Menu, then select "Agreements & disclosures."
- On the Chase Mobile® app, go to "Legal information" in Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."

If you have questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$14,259.21** |
| Deposits and Additions | 2,147.00 |
| ATM & Debit Card Withdrawals | -240.03 |
| Electronic Withdrawals | -2,407.31 |
| **Ending Balance** | **$13,758.87** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$14,259.21** |
| 01/16 | ██████████████ | -8.25 | 14,250.96 |
| 01/17 | ██████████████ | -107.48 | 14,143.48 |
| 01/23 | ██████████████ | -10.65 | 14,132.83 |



## TRANSACTION DETAIL   *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 01/29 | ███████████████████████████ | | -32.59 | 14,100.24 |
| 02/03 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736026 | **2,147.00** | 16,247.24 |
| 02/03 | ████████████████████████ | | -810.87 | 15,436.37 |
| 02/03 | ████████████████████████ | | -578.38 | 14,857.99 |
| 02/04 | ████████████████████████ | | -595.99 | 14,262.00 |
| 02/04 | ████████████████████████ | | -108.35 | 14,153.65 |
| 02/04 | ████████████████████████ | | -60.56 | 14,093.09 |
| 02/05 | ████████████████████████ | | -99.70 | 13,993.39 |
| 02/05 | ████████████████████████ | | -95.87 | 13,897.52 |
| 02/07 | ████████████████████████ | | -25.00 | 13,872.52 |
| 02/10 | ████████████████████████ | | -113.65 | 13,758.87 |
| | **Ending Balance** | | | **$13,758.87** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $13,897.52)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $14,143.38)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 10, 2024 through January 09, 2025

Account Number:          7254

01556023 DRE 802 219 01025 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |



**A reminder about incoming wire transfer fees**

Due to a system issue, we may not have charged you for all incoming wires in the past. Beginning March 23, 2025, wire transfer fees will be charged for all incoming wires for Chase High School Checking℠, Chase College Checking℠, Chase Total Checking®, Chase Premier Plus Checking℠ and Chase Savings℠ accounts. Please visit chase.com/disclosures and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Sapphire℠ Checking, Chase Private Client Checking℠ , Chase Private Client Savings℠, Chase Premier Savings℠ accounts and for Chase Premier Plus Checking℠ accounts with Military Enhanced Benefits.

As a reminder, Chase Secure Banking℠ and Chase First Banking℠ accounts cannot send or receive wire transfers.

If you have any questions, call the number on this statement.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $13,437.36 |
| Deposits and Additions | 3,189.12 |
| ATM & Debit Card Withdrawals | -18.00 |
| Electronic Withdrawals | -2,349.27 |
| **Ending Balance** | **$14,259.21** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$13,437.36** |
| 12/27 | | -8.25 | 13,429.11 |
| 12/30 | | **1,042.12** | 14,471.23 |
| 12/30 | | -32.59 | 14,438.64 |
| 01/03 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031736026 | **2,147.00** | 16,585.64 |
| 01/03 | | -9.75 | 16,575.89 |
| 01/03 | | -748.20 | 15,827.69 |
| 01/03 | | -533.51 | 15,294.18 |
| 01/06 | | -595.99 | 14,698.19 |
| 01/06 | | -161.81 | 14,536.38 |


**CHASE** ⬡

December 10, 2024 through January 09, 2025

Account Number: ▮▮▮▮▮▮7254

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 01/06 | ▮▮▮▮▮▮▮▮▮▮ | -95.54 | 14,440.84 |
| 01/06 | ▮▮▮▮▮▮▮▮▮▮ | -101.44 | 14,339.40 |
| 01/07 | ▮▮▮▮▮▮▮▮▮▮ | -80.19 | 14,259.21 |
| | **Ending Balance** | | **$14,259.21** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $13,429.11)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $13,827.57)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 09, 2024 through December 09, 2024

Account Number:            7254



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

01555004 DRE 802 219 34524 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $13,737.70 |
| Deposits and Additions | 2,100.00 |
| ATM & Debit Card Withdrawals | -164.98 |
| Electronic Withdrawals | -2,235.36 |
| **Ending Balance** | **$13,437.36** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$13,737.70** |
| 11/15 | ███████████████████████ | | -61.99 | 13,675.71 |
| 12/02 | ██████████ | | -32.59 | 13,643.12 |
| 12/03 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736039 | 2,100.00 | 15,743.12 |
| 12/03 | ███████████████████████ | | -152.71 | 15,590.41 |
| 12/03 | | | -1,085.72 | 14,504.69 |
| 12/04 | | | -595.99 | 13,908.70 |
| 12/04 | | | -221.99 | 13,686.71 |
| 12/05 | | | -56.25 | 13,630.46 |
| 12/05 | | | -14.57 | 13,615.89 |
| 12/09 | | | -75.54 | 13,540.35 |
| 12/09 | | | -102.99 | 13,437.36 |
| | **Ending Balance** | | | **$13,437.36** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,100.00. Note: some deposits may be listed on your previous statement)

- **OR**, **keep a balance at the beginning of each day of $1,500.00 or more in this account.**



November 09, 2024 through December 09, 2024

Account Number: 7254

(Your lowest beginning day balance was $13,615.89)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $13,708.03)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 09, 2024 through November 08, 2024

Account Number: ▋▋▋▋ **7254**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

01550526 DRE 802 219 31424 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking account(s) at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:

- Standard Overdraft Practice and Chase Debit Card Coverage$^{SM}$ are not available for Chase High School Checking$^{SM}$, Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.
- Overdraft Protection is not available for Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$12,674.44** |
| Deposits and Additions | 3,311.67 |
| ATM & Debit Card Withdrawals | -64.88 |
| Electronic Withdrawals | -2,183.53 |
| **Ending Balance** | **$13,737.70** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$12,674.44** |
| 10/10 | ▇▇▇▇▇▇▇▇ | **200.00** | 12,874.44 |
| 10/17 | ▇▇▇▇▇▇▇▇ | -159.08 | 12,715.36 |
| 10/23 | ▇▇▇▇▇▇▇▇ | **1,011.67** | 13,727.03 |
| 10/25 | ▇▇▇▇▇▇▇▇ | -25.00 | 13,702.03 |
| 10/28 | ▇▇▇▇▇▇▇▇ | -64.88 | 13,637.15 |
| 10/31 | ▇▇▇▇▇▇▇▇ | -32.59 | 13,604.56 |
| 11/01 | SSA  Treas 310  Xxsoc Sec        PPD ID: 9031736026 | **2,100.00** | 15,704.56 |
| 11/04 | ▇▇▇▇▇▇▇▇ | -81.20 | 15,623.36 |
| 11/04 | ▇▇▇▇▇▇▇▇ | -596.27 | 15,027.09 |



## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/04 | ██████████████ | -595.99 | 14,431.10 |
| 11/04 | ██████████████ | -115.03 | 14,316.07 |
| 11/04 | ██████████████ | -38.85 | 14,277.22 |
| 11/04 | ██████████████ | -484.83 | 13,792.39 |
| 11/06 | ██████████████ | -54.69 | 13,737.70 |
| | **Ending Balance** | | **$13,737.70** |

A Monthly Service Fee was <u>**not**</u> charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,100.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $12,674.44)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $13,452.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



October 09, 2024 through November 08, 2024

Account Number:                    **7254**



# Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:
1.  We have a Standard Overdraft Practice that comes with your account.
2.  We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3.  We also offer Chase Debit Card Coverage<sup>SM</sup>, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist<sup>SM</sup>, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire<sup>SM</sup> Checking and Chase Private Client Checking<sup>SM</sup> accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.



October 09, 2024 through November 08, 2024

Account Number: ▮▮▮▮▮7254

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

September 11, 2024 through October 08, 2024
Account Number: ███████ 7254

01543652 DRE 802 219 28324 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$12,643.64** |
| Deposits and Additions | 2,100.00 |
| ATM & Debit Card Withdrawals | -67.58 |
| Electronic Withdrawals | -2,001.62 |
| **Ending Balance** | **$12,674.44** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$12,643.64** |
| 09/16 | ████████████████████ | -67.58 | 12,576.06 |
| 10/01 | ████████████████████ | -32.59 | 12,543.47 |
| 10/03 | SSA  Treas 310  Xxsoc Sec        PPD ID: 9031736026 | **2,100.00** | 14,643.47 |
| 10/04 | ████████████████████ | -234.29 | 14,409.18 |
| 10/04 | ████████████████████ | -595.99 | 13,813.19 |
| 10/04 | ████████████████████ | -560.31 | 13,252.88 |
| 10/07 | ████████████████████ | -442.96 | 12,809.92 |
| 10/07 | ████████████████████ | -73.36 | 12,736.56 |
| 10/08 | ████████████████████ | -62.12 | 12,674.44 |
| | **Ending Balance** | | **$12,674.44** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow**[SM] **network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,100.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $12,543.47)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $12,740.29)



September 11, 2024 through October 08, 2024

Account Number:          7254

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---