Kings County Civil Court
Civil Judgment

Plaintiff(s):
ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT LLC, A/P/O
CITIBANK, N.A

vs.

Defendant(s):
WILLIE L TILLMAN

**Index Number:  CV-018798-15/KI**

Judgment issued:   On Default

On Motion of:

Forster & Garbus LLP
60 Motor Parkway, Commack, NY 11725

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $11,472.21 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $50.00 |
| Interest | $0.00 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $50.00 | Jury Demand Fee | $0.00 | | |

| Total Damages | $11,472.21 | Total Costs & Disbursements | $265.00 | Judgment Total | $11,737.21 |
|---|---|---|---|---|---|

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A
3353 ORANGE AVENUE, ROANOKE, VA 24012

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) WILLIE L TILLMAN
803 BROADWAY APT 2, Brooklyn, NY 11206-5318

Judgment entered at the Kings County Civil Court, 141 Livingston Street, Brooklyn, NY 11201, in the STATE OF NEW YORK in the total amount of **$11,737.21 on 09/04/2015 at 12:00 PM.**

Judgment sequence 1

*Carol Alt*

Carol Alt, Chief Clerk

FILED
JUDG. CLERK

CIVIL COURT
KINGS COUNTY

Page 1 of 1