

**THE LEGAL AID SOCIETY CRIMINAL DEFENSE**

Queens County Criminal Defense Office
120-46 Queens Boulevard
Queens, NY 11415
T (718) 286-2000
www.legal-aid.org

# FACSIMILE COVER PAGE

**The Legal Aid Society
Queens County Criminal Defense Office**

**Criminal Defense Practice
120-46 Queens Blvd.
Kew Gardens, NY 11415**

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief
Chief Executive Officer*

Justine M. Luongo
*Attorney–in–Charge*
Criminal Practice

Timothy B. Rountree
*Attorney-in-Charge*
Queens County Office

**Date:**        2025/09/10 16:24:53 PDT

**From:**        Shirelle Spencer

**Phone:**       212-577-3300

**To:**

| Name and Company | Fax Number |
|---|---|
| ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN \| Exempt Claim Form | 16313939490 |

**Number of Pages / Comments:**

**To:** Forster & Garbus, LLP
**Fax Number:** (631) 393-9490
**From:** Willie Tillman
**Date:** 09/10/2025
**Re:** ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN
**Index No.:** CV-018798-15/KI
**Pages (including cover):** 2

To whom it may concern,

Please be advised that The Legal Aid Society is not representing Mr. Tillman in this matter. We are assisting him solely as a pro se litigant with limited legal support.

**CONFIDENTIALITY NOTE**: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.



Queens County Criminal Defense Office
120-46 Queens Boulevard
Queens, NY 11415
T (718) 286-2000
www.legal-aid.org

Attached is an Exempt Income Claim Form submitted on Mr. Tillman's behalf. Mr. Tillman's only source of income is Social Security Disability benefits, which are exempt from restraint and levy under both federal and state law. He was not provided with the required Exempt Income Claim Form and Notice before the restraint was placed on his bank account.

We request that the appropriate action be taken to return the levied funds and recognize the exempt status of the income.

Should you need additional information, you may contact me at the below email address and telephone number.

Thank you for your prompt attention to this matter.


Best regards,

**Shirelle Spencer**
Paralegal Casehandler
Consumer & Bankruptcy Law
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
E: sspencer@legal-aid.org
C: (718) 514-5262
T: (718) 883-8122
F: (646) 607-4942

**THE
LEGAL AID
SOCIETY**
CIVIL

**CONFIDENTIALITY NOTE**: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

ATLANTIC CREDIT & FINANCE SPECIAL FINANCE
UNIT, LLC A/P/O CITIBANK N.A.

EXEMPTION CLAIM FORM

Plaintiff,

-against-

WILLIE L TILLMAN

Index No. CV-018798-15/KI
Account No. 24-30453

Defendant(s).

Address A
Forster & Garbus, LLP
2950 Express Dr. S., Suite 234
Islandia, NY 11749
Phone: 6313939400
Fax #: (631) 393-9490

Address B
JP MORGAN CHASE
700 KANSAS LANE

MONROE, LA 71203

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. **If you have any documents, such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records showing the last two months of account activity include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply)

- Social Security;
- [X] Supplemental security disability (SSD);
- Supplemental security income (SSI);
- Public Assistance;
- Wages while receiving SSI or public assistance;
- Veterans Benefits;
- Unemployment insurance;
- Payments from pensions and retirement accounts;
- Income earned in the last 60 days (90% of which is exempt);
- Child support;
- Spousal support or maintenance (alimony);
- Workers compensation benefits;
- Railroad retirement or black lung benefits;
- Disability;
- Other (describe exemption)

I request that any correspondence to me regarding my claim be sent to the following address: 500 LIVONIA AVE. BKLYN NY. 11207 APT 607

(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

Date: 9·10·2025

_____
SIGNATURE OF JUDGMENT DEBTOR

NY_0306

Atty File No. 24-30453

**From:** send@mail.efax.com <send@mail.efax.com>
**Sent:** Wednesday, September 10, 2025 7:29 PM
**To:** Shirelle Spencer <sspencer@legal-aid.org>
**Subject:** Successful transmission to 16313939490. Re: ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN | Exempt Claim Form

You don't often get email from send@mail.efax.com. Learn why this is important



Login

# Service Notification

### Customer Service

Dear Shirelle Spencer,
Re: ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN | Exempt Claim Form

The 3 page fax you sent through eFax Solutions to 16313939490 was successfully transmitted at 2025-09-10 23:29:22 (GMT).

The length of transmission was 246 seconds.

The receiving machine's fax ID: 16313939490.

If you need additional assistance, please visit our online help center at https://enterprise.efax.com/contact-us. Thank you for using the eFax Solutions service.

Best Regards,
eFax Solutions

Need help with your account?

**Online Help:**

https://enterprise.efax.com/contact-us

   **Email:**
corporatesupport@mail.efax.com

   **Phone:**

1(323) 817-3202
1(800) 810-2641 (toll-free)

**Reference ID:**

© 2025 Consensus Cloud Solutions, Inc. or its subsidiaries (collectively, "Consensus"). All rights reserved.
eFax® and eFax Corporate® are registered trademarks of Consensus.

Unsubscribe