# UNITED STATES POSTAL SERVICE.

CANARSIE
10201 FLATLANDS AVE
BROOKLYN, NY 11236-9997
www.usps.com

9/12/2025

01:52 PM

TRACKING NUMBERS
9589 0710 5270 2973 8931 36

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

## PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

Islandia NY 11749
Weight: 0 lb 0.30 oz
Estimated Delivery Date
Mon 09/15/2025
Certified Mail®

| | | | |
|---|---|---|---|
| Tracking #: | | | $5.30 |

9589 0710 5270 2973 8931 36

| Total | | | $6.08 |

---

| Grand Total: | | | $6.08 |

| Cash | | | $50.08 |
| Change | | | -$44.00 |