**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7019 1640 0001 3827 2405

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To
Forster & Garbus, LLP
Street and Apt. No., or PO Box No.
2950 Express Dr. S, Suite 234
City, State, ZIP+4®
Islandia, NY 11749

PS Form **3800**, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions