**THE LEGAL AID SOCIETY**
CIVIL PRACTICE
153-01 Jamaica Avenue, Suite 202
Jamaica, NY 11432

CERTIFIED MAIL

7019 1640 0001 3827 2405



US POSTAGE IMI PITNEY BOWES

FIRST-CLASS

ZIP 11432
02 7H
0006022696

$ 011.87⁰

OCT 03 2025

Forster & Garbus, LLP

2950 Express Dr. S, Suite 234

Islandia, NY 11749