

Civil Practice
Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
Tel: (718) 883-8134
www.legalaidnyc.org

Alan Levine
*President*

Twyla Carter
*Attorney–in–Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

<u>**Via Certified Mail with Return Receipt**</u>

October 3, 2025

Forster & Garbus, LLP
2950 Express Dr. S., Suite 234
Islandia, NY 11749

Re:    Demand to Return Willie Tillman's Funds
*Atlantic Credit & Finance, Special Finance Unit LLC, A/P/O Citibank, N.A v. Willie L Tillman,* Index No.: CV-018798-15/KI, File #: 24-30453

To Whom It May Concern:

Willie L. Tillman has retained The Legal Aid Society to represent him in the above-captioned case. On or about August 05, 2025, you levied $9,561.94 from Mr. Tillman's Chase bank account ending in [7254] in direct violation of the New York Exempt Income Protection Act (EIPA). We demand that you return those funds by Monday, October 13, 2025, and that you cease any further judgment enforcement.

Our client is a recipient of Social Security Disability (SSD) benefits and has been receiving SSD income exclusively since 2015. Under EIPA, these funds are exempt from restraint and levy. Your firm was informed of this status prior to the illegal levy of his account, both verbally by our client and by attorney Bettina L. Hollis who assisted him during a three-way call on or around June 5, 2025, with your law firm's employee Donna Green. Despite notice of the exempt nature of the funds, your firm caused a levy of approximately $9,561.94 from our client's account. Your action to seize these funds was knowingly improper and unlawful.

Additionally, Ms. Green informed our client that additional levies could be pursued unless our client entered a payment plan. Under pressure and without full disclosure of the balance allegedly owed, my client was coerced into an unclear and unauthorized payment arrangement. This conduct constitutes a clear violation of EIPA, as well as potential violations of the Fair Debt Collection Practices Act (FDCPA) and other applicable state and federal consumer protection laws.

On September 10, 2025, we faxed to your office a copy of Mr. Tillman's signed Exemption Claim Form and formally demanded the return of all funds improperly levied from our client's

**Justice in Every Borough.**

account. To date, no funds have been returned. Additionally, on September 12, 2025, our client mailed another copy of the Exemption Claim Form via First Class Certified Mail. That mailing was sent with tracking number **[9589 0710 5270 2973 8931 36]**.

For your records, we are once again enclosing the complete Exemption Claim Form, along with our client's Social Security Disability Benefit Verification Letter and relevant bank statements. These statements clearly show direct deposits from the Social Security Administration, listed as "SSA TREAS," confirming that the funds in question are exempt under New York's Exempt Income Protection Act (EIPA).

If you have any questions, please do not hesitate to reach out to me by phone at 718-514-5262, or by email at sspencer@legal-aid.org. We expect that the funds will be returned to Mr. Tillman by Monday, Oct. 13, 2025.

Sincerely,

Shirelle Spencer
Paralegal Casehandler

cc: Elizabeth M Lynch, Esq., The Legal Aid Society

**Justice in Every Borough.**

# Social Security Administration
# **Benefit Verification Letter**

Date: September 5, 2025
BNC#
REF:

WILLIE ███ TILLMAN
APT 607
500 LIVONIA AVE
BROOKLYN NY  11207-5258

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## **Information About Current Social Security Benefits**

Beginning December 2024, the full monthly Social Security benefit before any deductions is $2,332.20.

We deduct $185.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,147.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on April 4, 2015.

## **Information About Past Social Security Benefits**

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $2,275.40.

We deducted $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,100.00.
(We must round down to the whole dollar.)

## **Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

**Information About Supplemental Security Income Payments**

Beginning March 2017, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning March 2017.

We found that you became disabled under our rules on April 4, 2015.

**Type of Supplemental Security Income Payment Information**

You are entitled to monthly payments as a disabled individual.

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning October 2017.

You are entitled to medical insurance under Medicare beginning October 2017.

Your Medicare number is ▮▮▮▮▮▮▮. You may use this number to get medical services while waiting for ▮▮▮▮▮▮▮ card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Date of Birth Information**

The date of birth shown on our records is ▮▮▮▮▮▮▮.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm.  If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-613-2767**.

SOCIAL SECURITY
BLDG
3386 FULTON STREET
BROOKLYN NY 11208



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 09, 2025 through May 08, 2025

Account Number: ████ 7254



01580458 DRE 802 219 12925 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking accounts at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:

- Standard Overdraft Practice and Chase Debit Card Coverage<sup>SM</sup> are not available for Chase High School Checking<sup>SM</sup>, Chase Secure Checking<sup>SM</sup> and Chase First Checking<sup>SM</sup>.
- Overdraft Protection is not available for Chase Secure Checking<sup>SM</sup> and Chase First Checking<sup>SM</sup>.

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | ██████ |
| Deposits and Additions | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| **Ending Balance** | |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | ████ |
| 05/02 | SSA  Treas 310  Xxsoc Sec     PPD ID: 9031736026 | 2,147.00 | |

Page 1 of 4



Zelle® is intended for payments to recipients you know and trust and is not intended for the purchase of goods from retailers, online marketplaces or through social media posts. Neither Zelle® nor Chase provide protection if you make a purchase of goods using Zelle® and then do not receive them or receive them damaged or not as described or expected. In case of errors or questions about your electronic funds transfers, including information on reimbursement for fraudulent Zelle® payments, see your account agreement. Neither Chase nor Zelle® offers reimbursement for authorized payments you make using Zelle®, except for a limited reimbursement program that applies for certain imposter scams where you sent money with Zelle®. This reimbursement program is not required by law and may be modified or discontinued at any time.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

[6] **Zero Liability:** Chase will reimburse unauthorized debit card transactions when reported promptly. Certain limitations apply. See Deposit Account Agreement for details.

## CHECKING SUMMARY | Chase Total Checking



**Beginning Balance**
Deposits and Additions
ATM & Debit Card Withdrawals
Electronic Withdrawals
Fees
**Ending Balance**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 06/03 | SSA Treas 310 Xxsoc Sec    PPD ID: 9031736039 | 2,147.00 | |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow**[SM] **network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
(Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



June 10, 2025 through July 09, 2025

Account Number: ▉▉▉▉▉7254

## CHECKING SUMMARY | Chase Total Checking

Beginning Balance
Deposits and Additions
ATM & Debit Card Withdrawals
Electronic Withdrawals
**Ending Balance**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 07/03 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736026 | 2,147.00 | |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow**[SM] **network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

01596677 DRE 802 219 22125 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

July 10, 2025 through August 08, 2025

Account Number:  ████████ 7254



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

---

## CHECKING SUMMARY | Chase Total Checking



**Beginning Balance**
Deposits and Additions
ATM & Debit Card Withdrawals
Electronic Withdrawals
Other Withdrawals
**Ending Balance**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 08/01 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736026 | **2,147.00** | |
| 08/05 | Coal-29May25-4667 | | -9,561.94 | |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.



Queens County Criminal Defense Office
120-46 Queens Boulevard
Queens, NY 11415
T (718) 286-2000
www.legal-aid.org

# FACSIMILE COVER PAGE

**The Legal Aid Society**
**Queens County Criminal Defense Office**

**Criminal Defense Practice**
**120-46 Queens Blvd.**
**Kew Gardens, NY 11415**

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Attorney–in–Charge*
Criminal Practice

Timothy B. Rountree
*Attorney-in-Charge*
Queens County Office

**Date:**    2025/09/10 16:24:53 PDT

**From:**    Shirelle Spencer

**Phone:**    212-577-3300

**To:**

| Name and Company | Fax Number |
| --- | --- |
| ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN \| Exempt Claim Form | 16313939490 |

**Number of Pages / Comments:**

**To:** Forster & Garbus, LLP
**Fax Number:** (631) 393-9490
**From:** Willie Tillman
**Date:** 09/10/2025
**Re:** ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN
**Index No.:** CV-018798-15/KI
**Pages (including cover):** 2

To whom it may concern,

Please be advised that The Legal Aid Society is not representing Mr. Tillman in this matter. We are assisting him solely as a pro se litigant with limited legal support.

**CONFIDENTIALITY NOTE**: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.



Queens County Criminal Defense Office
120-46 Queens Boulevard
Queens, NY 11415
T (718) 286-2000
www.legal-aid.org

Attached is an Exempt Income Claim Form submitted on Mr. Tillman's behalf. Mr. Tillman's only source of income is Social Security Disability benefits, which are exempt from restraint and levy under both federal and state law. He was not provided with the required Exempt Income Claim Form and Notice before the restraint was placed on his bank account.

We request that the appropriate action be taken to return the levied funds and recognize the exempt status of the income.

Should you need additional information, you may contact me at the below email address and telephone number.

Thank you for your prompt attention to this matter.


Best regards,

**Shirelle Spencer**
Paralegal Casehandler
Consumer & Bankruptcy Law
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
E: sspencer@legal-aid.org
C: (718) 514-5262
T: (718) 883-8122
F: (646) 607-4942

**THE
LEGAL AID
SOCIETY
CIVIL**

**CONFIDENTIALITY NOTE**: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC A/P/O CITIBANK N.A.

EXEMPTION CLAIM FORM

*Plaintiff,*

-against-

WILLIE L TILLMAN

*Defendant(s).*

Index No. CV-018798-15/KI
Account No. 24-30453

Address A
Forster & Garbus, LLP
2950 Express Dr. S., Suite 234
Islandia, NY 11749
Phone: 6313939400
Fax #: (631) 393-9490

Address B
JP MORGAN CHASE
700 KANSAS LANE

MONROE, LA 71203

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. **If you have any documents, such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records showing the last two months of account activity include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply)

- Social Security;
- [X] Supplemental security disability (SSD);
- Supplemental security income (SSI);
- Public Assistance;
- Wages while receiving SSI or public assistance;
- Veterans Benefits;
- Unemployment insurance;
- Payments from pensions and retirement accounts;
- Income earned in the last 60 days (90% of which is exempt);
- Child support;
- Spousal support or maintenance (alimony);
- Workers compensation benefits;
- Railroad retirement or black lung benefits;
- Disability;
- Other (describe exemption)

I request that any correspondence to me regarding my claim be sent to the following address: 500 LIVONIA AVE. BKLYN NY. 11207 HOT 607
(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

Date: 9·10·2025

_____
SIGNATURE OF JUDGMENT DEBTOR

NY_0306

Atty File No. 24-30453



# UNITED STATES POSTAL SERVICE.

CANARSIE
10201 FLATLANDS AVE
BROOKLYN, NY 11236-9997
www.usps.com

09/12/2025                                01:52 PM

----

TRACKING NUMBERS
9589 0710 5270 2973 8931 36

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

Islandia, NY 11749
Weight: 0 lb 0.30 oz
Estimated Delivery Date
Mon 09/15/2025

| Certified Mail® | | | $5.30 |
|---|---|---|---|

Tracking #:
9589 0710 5270 2973 8931 36

| Total | | | $6.08 |
|---|---|---|---|

----

| Grand Total: | | | $6.08 |
|---|---|---|---|

----

| Cash | | | $50.08 |
|---|---|---|---|
| Change | | | -$44.00 |