**FORSTER & GARBUS LLP**
**ATTORNEYS AT LAW**
**A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK**

RONALD FORSTER - Adm. in NY Only        2950 EXPRESS DRIVE SOUTH, SUITE 234

MARK A. GARBUS - Retired        PO BOX 9013        MICHAEL J. FLORIO - Adm. in NY Only
ISLANDIA, NY 11749
(631) 393-9400
FAX (631) 393-9490
TTY (631) 393-8691
TOLL FREE (800) 245-9943

Forster & Garbus LLP NYC Department of Consumer and Worker Protection #2045675

October 15, 2025

WILLIE L TILLMAN
500 LIVONIA AVENUE  #607
BROOKLYN, NY 11207

RE: WILLIE L TILLMAN
Original Creditor: ATLANTIC CREDIT & FINANCE SPECIAL FINANCE
UNIT, LLC A/P/O CITIBANK N.A.
Current Creditor: ATLANTIC CREDIT & FINANCE SPECIAL FINANCE
UNIT, LLC A/P/O CITIBANK N.A.
Original Creditor Acct No.: XXXXXXXXXXX1010
Our File No.: 24-30453
Current Balance: $5,109.54
Index #CV-018798-15/KI
Representative Name: MS. MARTIN
ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC A/P/O
CITIBANK N.A.'s NYC Department of Consumer and Worker Protection
#1312658

Dear WILLIE L TILLMAN:

This will acknowledge that the above-referenced account will be considered settled in the amount of
$5,109.39, as long as payments are made as follows:

We have agreed to accept monthly payments. The first payment of $100.00 is due in our office on
October 31, 2025. Consecutive (minimum) monthly payments of $100.00 are due on the 31st of each
month thereafter. Once paid and the funds have cleared then a Satisfaction of Judgment or a Stipulation
of Discontinuance, whichever is applicable, will be filed with the court.

Make the funds payable to Forster & Garbus, LLP as attorneys and send to 2950 Express Dr. S., Suite
234, Islandia, NY 11749.

Please visit our website, www.ag-lawllc.com to make a payment on the account using a debit card.
Please use the File Number listed above when making a payment on the website.

Very truly yours,

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A
DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

 Scan to proceed to our self-serve portal.
Fast, secure, and convenient!

NY_0704        File No. 24-30453