**Outlook**

---

## Re: WILLIE TIMLLMAN

---

**From** Ellen McCormick <EMcCormick@legal-aid.org>

**Date** Wed 2/18/26 10:39 AM

**To** James P. Scully <jpscully@collectlaw.com>

Hi James,

Following up regarding our request to vacate and discontinue. Have you heard back from your client regarding whether they will consent to this?

Thank you,

Ellen McCormick
Staff Attorney
Consumer Law Unit
The Legal Aid Society
153-01 Jamaica Ave., 2nd Floor
Jamaica, NY 11432
Tel.: (347) 573-0161
Fax: (646) 924-3793
Email: emccormick@legal-aid.org
www.legal-aid.org

---

**From:** Ellen McCormick <EMcCormick@legal-aid.org>
**Sent:** Monday, February 2, 2026 10:03 PM
**To:** James P. Scully <jpscully@collectlaw.com>
**Subject:** Re: WILLIE TIMLLMAN

Hi James,

Following up regarding our request to vacate and discontinue. Please let me know if your client consents to this.

Thank you,

Ellen McCormick
Staff Attorney
Consumer Law Unit
The Legal Aid Society
153-01 Jamaica Ave., 2nd Floor
Jamaica, NY 11432
Tel.: (347) 573-0161
Fax: (646) 924-3793
Email: emccormick@legal-aid.org
www.legal-aid.org

**From:** James P. Scully <jpscully@collectlaw.com>
**Sent:** Thursday, January 22, 2026 7:00 PM
**To:** Ellen McCormick <EMcCormick@legal-aid.org>
**Subject:** Re: WILLIE TIMLLMAN

Let me look into it

Thank you
**James P. Scully** | Attorney

KIRSCHENBAUM & PHILLIPS, P.C.
P.O. Box P.O. Box 9000 • Farmingdale, NY • 11735-9000
Email: jpscully@collectlaw.com
Office: (516) 746-1144 • **Direct: (516) 780-7365**
Fax: (516) 742-2735 • www.collectlaw.com

WE ARE DEBT COLLECTORS. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. ALL CALLS TO AND FROM THIS OFFICE MAY BE RECORDED.

**IF YOU NO LONGER WISH TO RECEIVE EMAILS FROM KIRSCHENBAUM & PHILLIPS, P.C. AND OPT-OUT OF FUTURE CORRESPONDENCES, PLEASE GOTO https://collectlaw-portal.com/unsubscribe.**

**NYC DEPARTMENT OF CONSUMER AFFAIRS LICENSE NUMBER - 2081639-DCA**

**CONFIDENTIAL INFORMATION**
This e-mail transmission is intended only for the person(s) to whom, it is addressed and contains information which may be confidential or privileged and exempt from disclosure under applicable law. If you are not a person to whom this e-mail is addressed, or an agent authorized by such a person to receive this e-mail, you are hereby notified that any examination, copying, distribution or other unauthorized use of this document is prohibited. If you have received this e-mail in error, please delete it immediately.

---

**From:** Ellen McCormick <EMcCormick@legal-aid.org>
**Sent:** Thursday, January 22, 2026 3:02 PM
**To:** James P. Scully <jpscully@collectlaw.com>
**Subject:** Re: WILLIE TIMLLMAN

Hi James,

I am reaching out to let you know that Mr. Tillman received a third check, in the amount of $206.77. Thank you for handling this.

Regarding the default judgment in the underlying Kings County Civil Court action, in an effort to resolve this matter without extended litigation, please let me know if your client will consent to vacate the default judgment and discontinue this case without prejudice.

As stated in our prior letters regarding the improper restraint of Mr. Tillman's bank account, Mr. Tillman was never served with notice of this lawsuit. His first notice of this lawsuit and default judgment entered against him was when his bank account was restrained in June 2025.

We are prepared to move forward with filing an Order to Show Cause to vacate the default judgment, however, Mr. Tillman would like to resolve this matter without extended litigation, if possible. In light of that, please let me

know if your client is amenable to vacating the default judgment and discontinuing this matter without prejudice. If so, I will draft a Stipulation to Vacate the Judgment and Stipulation to Discontinue and send to you for review.

Thank you in advance for your consideration of this request.

Sincerely,

Ellen McCormick
Staff Attorney
Consumer Law Unit
The Legal Aid Society
153-01 Jamaica Ave., 2nd Floor
Jamaica, NY 11432
Tel.: (347) 573-0161
Fax: (646) 924-3793
Email: emccormick@legal-aid.org
www.legal-aid.org

**From:** James P. Scully <jpscully@collectlaw.com>
**Sent:** Thursday, January 8, 2026 10:12 AM
**To:** Ellen McCormick <EMcCormick@legal-aid.org>
**Subject:** Re: WILLIE TIMLLMAN

Yes, I shall get this taken care of right away. Other than the $100.00 legal fee, the difference is probably the Marshal's poundage.

Thank you
**James P. Scully** | Attorney


• **Direct: (516) 780-7365**


WE ARE DEBT COLLECTORS. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. ALL CALLS TO AND FROM THIS OFFICE MAY BE RECORDED.



**CONFIDENTIAL INFORMATION**
This e-mail transmission is intended only for the person(s) to whom, it is addressed and contains information which may be confidential or privileged and exempt from disclosure under applicable law. If you are not a person to whom this e-mail is addressed, or an agent authorized by such a person to receive this e-mail, you are hereby notified that any examination, copying, distribution or other unauthorized use of this document is prohibited. If you have received this e-mail in error, please delete it immediately.


**From:** Ellen McCormick <EMcCormick@legal-aid.org>
**Sent:** Tuesday, January 6, 2026 12:39 PM
**To:** James P. Scully <jpscully@collectlaw.com>
**Subject:** Re: WILLIE TIMLLMAN

Hi James,

Mr. Tillman received two checks from Forster & Garbus totaling $9,455.17:
- Check #10210 in the amount of $8,982.41 and
- Check # 28323 in the amount of $472.76.

However, as stated in our correspondence to Forster & Garbus regarding this matter, we request a full refund of the $9,561.94 that was levied from Mr. Tillman's bank account on August 5, 2025, in addition to the $100 legal processing fee he was charged in June 2025, which totals $9,662. Please confirm that your client will be issuing a check to Mr. Tillman for **$206.77** for the remaining amount in order to fully refund him.

Thank you,

Ellen McCormick
Staff Attorney
Consumer Law Unit
The Legal Aid Society
153-01 Jamaica Ave., 2nd Floor
Jamaica, NY 11432
Tel.: (347) 573-0161
Fax: (646) 924-3793
Email: emccormick@legal-aid.org
www.legal-aid.org

---

**From:** James P. Scully <jpscully@collectlaw.com>
**Sent:** Wednesday, December 24, 2025 11:13 AM
**To:** Ellen McCormick <EMcCormick@legal-aid.org>
**Subject:** Re: WILLIE TIMLLMAN

> You don't often get email from jpscully@collectlaw.com. Learn why this is important

Ellen,

You know us so well!

No Forster is still the attorney of record, we are in the midst of some consolidation, so my attorneys and I will becoming under the Abrhamsen Gindi, Forster & Garbus "umbrella".

Once I saw this, I wanted to jump on it, hence the email from me.

I can confirm the check was cut and being mailed today.

Have a Merry Christmas.

Thank you
**James P. Scully** | Attorney

• **Direct: (516) 780-7365**

WE ARE DEBT COLLECTORS. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. ALL CALLS TO AND FROM THIS OFFICE MAY BE RECORDED.

**CONFIDENTIAL INFORMATION**
This e-mail transmission is intended only for the person(s) to whom, it is addressed and contains information which may be confidential or privileged and exempt from disclosure under applicable law. If you are not a person to whom this e-mail is addressed, or an agent authorized by such a person to receive this e-mail, you are hereby notified that any examination, copying, distribution or other unauthorized use of this document is prohibited. If you have received this e-mail in error, please delete it immediately.

---

**From:** Ellen McCormick <EMcCormick@legal-aid.org>
**Sent:** Monday, December 22, 2025 8:15 PM
**To:** James P. Scully <jpscully@collectlaw.com>
**Subject:** Re: WILLIE TIMLLMAN

Hi James,

Thank you for your email. Is Kirschenbaum & Phillips now representing the Plaintiff in this matter? My records show that Forster & Garbus is the counsel of record. If Kirschenbaum took over the case from them, can you please send me a copy of your firm's Notice of Appearance and/or notice of substitution?

Can you please also confirm how the refund for the property execution will be refunded to my client and the amount of the refund being issued so I may advise him accordingly?

Thank you,
Ellen

Ellen McCormick
Staff Attorney
Consumer Law Unit
The Legal Aid Society
153-01 Jamaica Ave., 2nd Floor
Jamaica, NY 11432
Tel.: (347) 573-0161
Fax: (646) 924-3793
Email: emccormick@legal-aid.org
www.legal-aid.org

---

**From:** James P. Scully <jpscully@collectlaw.com>
**Sent:** Monday, December 22, 2025 4:34 PM
**To:** Ellen McCormick <emccormick@legal-aid.org>
**Subject:** WILLIE TIMLLMAN

You don't often get email from jpscully@collectlaw.com. Learn why this is important

Ellen:

The refund for the property execution is being processed.
I apologize for the delay in processing this.

Thank you

**James P. Scully** | Attorney

**Direct: (516) 780-7365**

WE ARE DEBT COLLECTORS. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. ALL CALLS TO AND FROM THIS OFFICE MAY BE RECORDED.

**CONFIDENTIAL INFORMATION**
This e-mail transmission is intended only for the person(s) to whom, it is addressed and contains information which may be confidential or privileged and exempt from disclosure under applicable law. If you are not a person to whom this e-mail is addressed, or an agent authorized by such a person to receive this e-mail, you are hereby notified that any examination, copying, distribution or other unauthorized use of this document is prohibited. If you have received this e-mail in error, please delete it immediately.