**Check 1:**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**FORSTER & GARBUS LLP**
ATTORNEYS AT LAW
P.O. BOX 9013
CENTRAL ISLIP, NY 11722
631 393-9436

**DIME BANK**
ATTORNEY TRUST ACCOUNT-MIDLAND
180 EAST MAIN STREET
SMITHTOWN, NY 11787

10210

Details on back.
Security Features included

12/24/2025

PAY TO THE
ORDER OF    WILLIE L. TILLMAN

$ **8,982.41

Eight thousand nine hundred eighty-two and 41/100***********************************************************************

DOLLARS

WILLIE L. TILLMAN
500 LIVONIA AVENUE
#607
BROOKLYN, NY  11207



MEMO    24-30453 / 21D304853106 REFUND EXEMPT FUND

AUTHORIZED SIGNATURE

**Check 2:**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**FORSTER & GARBUS LLP**
ATTORNEYS AT LAW
P.O. BOX 9013
CENTRAL ISLIP, NY 11722
(631) 393-9400

**DIME BANK**
DISBURSEMENT ACCOUNT
180 EAST MAIN STREET
SMITHTOWN, NY 11787

28323

12/24/2025

PAY TO THE
ORDER OF    WILLIE L. TILLMAN

$ **472.76

Four hundred seventy-two and 76/100*****************************************************************************

DOLLARS

WILLIE L. TILLMAN
500 LIVONIA AVENUE
#607
BROOKLYN, NY  11207

MEMO    24-30453 / 21D304853106 POUNDAGE EXEMPT FI

AUTHORIZED SIGNATURE