

2950 Express Drive South, Suite 234, Islandia NY 11749
220 Penn Ave, Suite 210, Scranton, PA 18503
Info@ag-lawllc.com • 1-800-811-3464
**www.ag-lawllc.com**
*Licensed in PA, MD, NY and NJ*

WILLIE L. TILLMAN
500 LIVONIA AVENUE
#607
BROOKLYN, NY 11207

DECEMBER 24, 2025
ACCT 24-30453 / 21D304853106

Dear Sir/Madam,

We are issuing refund check #10210 in the amount of $8,982.41 and poundage check #28323 in the amount of $472.76 for the following reason:

A._____ It was sent to our office without your signature, please sign and return.  Thank you.

B._____ We cannot accept post dated checks for the above account.  Please contact our office for further details.

C._____ Per Consumer / Collector request

D._____ Since your bank returned a previous check, we will not accept checks any longer.  Please send a money order, certified check or bring us a cash walk-in.

E._____ Other payment arrangements have been made, replaced by Direct Check.  Thank you.

F._____ The account referenced above has been paid or settled in full.  Thank you.

G._____ Please make check or money order payable to Forster & Garbus for above referenced account.

H._____ The above account is no longer in our office.

I.___X_____ Other: FUNDS EXEMPTION

(PLEASE NOTE THAT WE ARE REQUIRED, UNDER FEDERAL LAW TO ADVISE YOU THAT WE ARE DEBT COLLECTORS AND ANY INFORMATION WE OBTAIN WILL BE USED IN ATTEMPTING TO COLLECT THIS DEBT)

Thank you,
ACCOUNTING DEPARTMENT