# Uber

September 5, 2025

## Here's your receipt for your ride, willie

We hope you enjoyed your ride this afternoon.

| Total | $10.28 |
|---|---|

| Trip fare | $9.77 |
|---|---|

| | |
|---|---|
| Subtotal | $9.77 |
| NY State Black Car Fund | $0.23 |
| New York State Benefits Surcharge | $0.05 |
| Sales Tax | $0.81 |
| Uber One Credits | -$0.58 |

## Payments

 Mastercard ▪ ████    9/5/25 11:33 PM    $10.28

Affiliated with CHINA TRANSIT LLC. (B03119)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Visit the trip page for more information, including invoices (where available)

---

You rode with ████████
License Plate: ██████
FHV License Number: ██████
Driver's TLC License Number: █████

WAV    0.76 miles | 9 minutes



12:42 PM | 918 Pennsylvania Ave, Brooklyn, NY 11207, US

12:51 PM | 2100 Linden Blvd, Brooklyn, NY 11207-7412, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.