# Uber

September 12, 2025

## Here's your receipt for your ride, willie

We hope you enjoyed your ride this afternoon.

| Total | $13.28 |
|---|---|

| | |
|---|---|
| Trip fare | $12.41 |

| | |
|---|---|
| Subtotal | $12.41 |
| NY State Black Car Fund | $0.30 |
| New York State Benefits Surcharge | $0.08 |
| Sales Tax | $1.04 |
| Uber One Credits | -$0.55 |

## Payments

 Mastercard ▇▇▇▇    $13.28
9/13/25 12:31 AM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Visit the trip page for more information, including invoices (where available)

---

You rode with ▇▇▇▇▇▇
License Plate: ▇▇▇▇▇
FHV License Number: ▇▇▇▇
Driver's TLC License Number: ▇▇▇▇

WAV    1.34 miles | 8 minutes



1:37 PM | 655 Stanley Ave, Brooklyn, NY 11207, US

1:45 PM | 10201 Flatlands Ave, Brooklyn, NY 11236-2809, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.