# Uber

September 12, 2025

## Here's your receipt for your ride, willie

We hope you enjoyed your ride this afternoon.

| Total | $14.17 |
|---|---|

| Trip fare | $13.35 |
|---|---|

| Subtotal | $13.35 |
|---|---|
| NY State Black Car Fund | $0.32 |
| New York State Benefits Surcharge | $0.09 |
| Sales Tax | $1.13 |
| Uber One Credits | -$0.72 |

## Payments

 Mastercard ▮▮▮▮▮    $14.17
9/13/25 12:55 AM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Visit the trip page for more information, including invoices (where available)

---

You rode with ▮▮
License Plate: ▮▮▮▮▮
FHV License Number: ▮▮▮▮
Driver's TLC License Number: ▮▮▮▮

WAV    1.52 miles | 9 minutes



2:02 PM | 10201 Flatlands Ave, Brooklyn, NY 11236-2809, US

2:11 PM | 500 Livonia Ave, Brooklyn, NY 11207-5020, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.