Case 1:26-cv-02470    Document 1-35    Filed 04/24/26    Page 1 of 2 PageID #: 238

 **Outlook**

**Your receipt for rides on October 24**

**From** Lyft Receipts <no-reply@lyftmail.com>

**Date** Sat 10/25/25 8:51 AM

**To**



# Your total charges for October 24

 October 24, 2025 1:27 PM          $5.94
                                                Ride fare

● **Pickup** 1:27 PM
918 Pennsylvania Ave, Brooklyn, NY 11207, United States

● **Drop-off** 1:34 PM
2084 Linden Blvd, Brooklyn, NY 11207, United States

October 24, 2025 2:42 PM          $10.49
                                                Ride fare

● **Pickup** 2:42 PM
843 Van Siclen Ave, Brooklyn, NY 11207, United States

● **Drop-off** 2:55 PM
Brooklyn, NY 11207, United States

**VISA**           **$16.43**

Case 1:26-cv-02470    Document 1-35    Filed 04/24/26    Page 2 of 2 PageID #: 239

Help Center

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© 2025 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver