Outlook

## Atlantic Credit & Finance, Special Finance Unit LLC v. Willie L Tillman (CV-018798-15/KI)

**From** Ellen McCormick <EMcCormick@legal-aid.org>

**Date** Mon 12/22/25 10:42 AM

**Bcc** edamsky@fgny.com <edamsky@fgny.com>; response@marshalmoses.com <response@marshalmoses.com>; Elizabeth Lynch <emlynch@legal-aid.org>

📎 1 attachment (6 MB)

Letter - Return Funds&Cease Contact_Tillman_FINAL_w encl.pdf;

**Re:**   *Atlantic Credit & Finance, Special Finance Unit LLC, A/P/O Citibank, N.A v. Willie L Tillman*
       **Kings County Civil Court Index No. CV-018798-15/KI**
        **Marshal Docket No. R107850**

Good Morning:

The Legal Aid Society represents the Defendant, Willie Tillman, in the above-referenced matter. We mailed the attached letter regarding this matter to your office and are emailing this copy to you now as a courtesy. If you would like to discuss this matter further, I can be reached via telephone at (347) 573-0161 or email at emccormick@legal-aid.org.

Sincerely,

Ellen McCormick
Staff Attorney
Consumer Law Unit
The Legal Aid Society
153-01 Jamaica Ave., 2nd Floor
Jamaica, NY 11432
Tel.: (347) 573-0161
Fax: (646) 924-3793
Email: emccormick@legal-aid.org
www.legal-aid.org



Civil Practice
Queens Neighborhood Office
153-01 Jamaica Ave., Ste 202
Jamaica, NY 11432
Tel: (347) 573-0161
www.legalaidnyc.org

Alan Levine
*President*

Twyla Carter
*Attorney–in–Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

December 19, 2025

BY CERTIFIED MAIL RETURN RECEIPT REQUESTED and EMAIL

Forster & Garbus, LLP
2950 Express Drive South, Suite 234
Islandia, NY 11749
edamsky@fgny.com

> Re:     Demand to Return Levied Funds to Mr. Willie Tillman, JPMorgan Chase Bank
> Account No. ending 7254
> *Atlantic Credit & Finance, Special Finance Unit LLC, A/P/O Citibank, N.A v. Willie L*
> *Tillman,* Kings County Civil Court Index No. CV-018798-15/KI
> Marshal's Docket No. R107850

To Whom It May Concern:

I am an attorney with The Legal Aid Society representing Willie Tillman in the above-referenced matter. This letter follows our prior correspondence dated October 3, 2025 (*see* Exhibit A for a copy of this letter) in which we notified your office that the funds in our client's JPMorgan Chase Bank account are exempt Social Security Disability (SSD) benefits and demanded the immediate release of the restraint and return of all levied funds by Monday, October 13, 2025.

To date, your office has failed to comply with this demand, and has further engaged in additional unlawful conduct as described below.

### 1.  Violations of New York's Exempt Income Protection Act (EIPA) – CPLR §§ 5205, 5222-a

In June 2025, Mr. Tillman's JPMorgan Chase Bank account ending 7254 was restrained pursuant to a restraining notice issued by your firm seeking to enforce the judgment entered in the above-referenced lawsuit. This restraint on Mr. Tillman's bank account was his first notice of this lawsuit and judgment entered against him. The only source of income in Mr. Tillman's bank account at the time it was restrained was from SSD payments direct deposited into his account, which are exempt from garnishment or seizure under both federal and state law. Specifically:

- 42 U.S.C. § 407(a) provides that Social Security benefits "shall not be subject to execution, levy, attachment, garnishment, or other legal process."
- Under New York's Exempt Income Protection Act (EIPA), Social Security Disability benefits are exempt from execution, levy, and restraint. *See* CPLR § 5205.

**Justice in Every Borough.**

Upon being notified—both verbally and in writing—that the restrained account contains only direct-deposited SSD income, your office was legally obligated to immediately release the restraint and cease any collection activity on those funds.

Despite receiving notice in June 2025, as we detailed in our October 3, 2025 letter to you (*see* Exhibit A), that Mr. Tillman's only source of income is exempt (*see* Exhibit F for a copy of Mr. Tillman's Social Security Administration Benefit Verification letter dated September 5, 2025, which was also enclosed in our October 3, 2025 letter), your firm has failed to lift the restraint on his account and Mr. Tillman's bank records indicate that on or about August 5, 2025, your firm levied $9,561.94 from his bank account. *See* Exhibit B, Chase Bank statement for statement period July 10, 2025 through August 8, 2025. In addition, when Mr. Tillman contacted your office regarding the levying of funds from his account, the representative from your office with whom he spoke told him that your office could pursue additional enforcement measures and levying of funds from his account unless he entered a payment plan.

Since your office restrained Mr. Tillman's account in June 2025, you have been notified repeatedly that his only source of income is SSD and therefore exempt from restraint and levy, including but not limited to:

- In June 2025, after Mr. Tillman learned of the restraint on his account, he contacted your office and informed you that his only source of income is SSD and requested information about the judgment causing the restraint on his account.
- Thereafter, on or about June 10, 2025, attorney Bettina L. Hollis, an attorney assisting Mr. Tillman in an unrelated medical malpractice matter, called your office with Mr. Tillman's authorization and spoke with Donna Green. Ms. Hollis again informed her that Mr. Tillman's only source of income is SSD and requested information about the judgment and service of process in this lawsuit, which Ms. Green told her your office would provide.
- On or about June 19, 2025, Ms. Hollis called your office again to request information about the judgment and service of process in this lawsuit. Ms. Green again said your office would provide the requested information.
- On or about June 25, 2025, Ms. Hollis called your office again because she had still not received the requested information and documents. The representative with whom she spoke said Ms. Green would call her back.
- In August 2025, after your firm levied funds from his account on or about August 5, 2025, Mr. Tillman contacted your office again and requested information about this lawsuit.
- On September 10, 2025, The Legal Aid Society, on Mr. Tillman's behalf, faxed to your office a copy of his completed Exemption Claim Form and demanded the return of all funds improperly levied from his account. *See* Exhibit C, September 10, 2025 fax.
- On September 12, 2025, Mr. Tillman mailed a second copy of his Exemption Claim Form to your office via First Class Certified Mail. *See* Exhibit D, USPS mailing receipt dated September 12, 2025.
- Most recently, on October 3, 2025, The Legal Aid Society sent a letter to your office informing you of our representation of Mr. Tillman in the above-referenced matter, again notifying you of your unlawful restraint and levying of exempt funds in Mr. Tillman's

**Justice in Every Borough.**

bank account, and demanding you and return all levied funds no later than October 13, 2025. *See* Exhibit A. In addition, we enclosed a *third* copy of the Exemption Claim Form that Mr. Tillman faxed to your office on September 10, 2025 and mailed to your office on September 12, 2025, proof of Mr. Tillman's exempt income including his Social Security Administration Benefit Verification Letter, and bank statements showing SSD payments from the Social Security Administration directly deposited into his account.

Your firm's continued restraint and subsequent levy of my client's exempt funds constitutes a willful violation of New York law and has caused our client significant hardship.

Furthermore, Mr. Tillman never received copies of the required Exemption Claim forms before his account was restrained, in clear violation of EIPA. Under EIPA, a bank may not freeze an individual's account unless it received the Exemption Claim forms from the debt collector. *See* CPLR 5222-a. A restraint on a bank account is void where the judgment creditor fails to provide the documents required under CPLR 5222, including copies of the Exemption Claim form. Mr. Tillman only received copies of the Exemption Claim form on or about September 5, 2025, when he went in person to his local bank branch and requested this form himself. Thereafter, on September 10 and September 12, 2025, he sent copies of his completed Exemption Claim Form to your office via fax and mail and a copy to Chase. *See* Exhibits C and D.

In addition, threatening additional unlawful enforcement action in order to pressure Mr. Tillman into a settlement agreement is deceptive and could be viewed as a violation of state and federal law.

### 2. Violation of the Fair Debt Collection Practices Act (FDCPA) – 15 U.S.C. § 1692 et seq. – and the New York State Rules of Professional Conduct, Rule 4.2(a)

After being formally notified that The Legal Aid Society represents Mr. Tillman, your firm directly communicated with him by sending him a settlement offer letter. *See* Exhibit E, letter from Forster & Garbus, LLP to Willie Tillman dated October 15, 2025. This constitutes a direct violation of the FDCPA, specifically 15 U.S.C. § 1692c(a)(2), which prohibits a debt collector from communicating directly with a consumer it knows to be represented by an attorney.

Your firm's communication with our client was unauthorized, deceptive, and unlawful. It further demonstrates a pattern of disregard for statutory consumer protections.

### 3. Demand

**For the reasons stated above, we demand that you:**
- immediately cease all direct communication with our client and limit all further communications to this office;
- immediately release all restraints on our client's bank account;
- pay all bank fees incurred and return all funds levied or collected in violation of EIPA, including the $9,561.94 unlawfully levied from Mr. Tillman's account on August 5, 2025, to our client **no later than December 29, 2025**; and
- cease from any further judgment enforcement in this matter.

**Justice in Every Borough.**

Funds may be returned to Mr. Tillman by either (i) deposit back into his account or (ii) check made out directly to Willie Tillman and mailed to him in care of The Legal Aid Society at 153-01 Jamaica Avenue, Suite 202, Jamaica, New York, 11432. Please provide written confirmation of the return of these funds. If you issue a check, please email tracking information to me once you do so.

If Mr. Tillman does not receive a full refund by December 29, 2025, he reserves the right to pursue all available legal remedies against you and your client. If you have questions, please do not hesitate to contact me by phone at (347) 573-0161 or email at emccormick@legal-aid.org.

Sincerely,

Ellen McCormick, Esq.
Staff Attorney, Consumer Law Unit
The Legal Aid Society
153-01 Jamaica Avenue, Suite 202
Jamaica, NY 11432
T: (347) 573-0161
emccormick@legal-aid.org

Encls.

Cc:

Ronald Moses, New York City Marshal
111 John Street, Suite 500
New York, NY 10038
Fax: (212) 349-4309
response@marshalmoses.com


JPMorgan Chase Bank, N.A.
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

JPMorgan Chase Bank, N.A.
Court Orders & Levies
Mail Code LA2-7200
1414 Woodward Avenue
Ruston, LA 71270-2015

**Justice in Every Borough.**

# Exhibit A

Copy of letter from The Legal Aid Society to Forster & Garbus, LLP dated October 3, 2025

**Justice in Every Borough.**



Civil Practice
Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
Tel: (718) 883-8134
www.legalaidnyc.org

Alan Levine
*President*

Twyla Carter
*Attorney–in–Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

<u>**Via Certified Mail with Return Receipt**</u>

October 3, 2025

Forster & Garbus, LLP
2950 Express Dr. S., Suite 234
Islandia, NY 11749

Re:    Demand to Return Willie Tillman's Funds
       *Atlantic Credit & Finance, Special Finance Unit LLC, A/P/O Citibank, N.A v. Willie L Tillman,* Index No.: CV-018798-15/KI, File #: 24-30453

To Whom It May Concern:

Willie L. Tillman has retained The Legal Aid Society to represent him in the above-captioned case. On or about August 05, 2025, you levied $9,561.94 from Mr. Tillman's Chase bank account ending in [7254] in direct violation of the New York Exempt Income Protection Act (EIPA). We demand that you return those funds by Monday, October 13, 2025, and that you cease any further judgment enforcement.

Our client is a recipient of Social Security Disability (SSD) benefits and has been receiving SSD income exclusively since 2015. Under EIPA, these funds are exempt from restraint and levy. Your firm was informed of this status prior to the illegal levy of his account, both verbally by our client and by attorney Bettina L. Hollis who assisted him during a three-way call on or around June 5, 2025, with your law firm's employee Donna Green. Despite notice of the exempt nature of the funds, your firm caused a levy of approximately $9,561.94 from our client's account. Your action to seize these funds was knowingly improper and unlawful.

Additionally, Ms. Green informed our client that additional levies could be pursued unless our client entered a payment plan. Under pressure and without full disclosure of the balance allegedly owed, my client was coerced into an unclear and unauthorized payment arrangement. This conduct constitutes a clear violation of EIPA, as well as potential violations of the Fair Debt Collection Practices Act (FDCPA) and other applicable state and federal consumer protection laws.

On September 10, 2025, we faxed to your office a copy of Mr. Tillman's signed Exemption Claim Form and formally demanded the return of all funds improperly levied from our client's

**Justice in Every Borough.**

account. To date, no funds have been returned. Additionally, on September 12, 2025, our client mailed another copy of the Exemption Claim Form via First Class Certified Mail. That mailing was sent with tracking number **[9589 0710 5270 2973 8931 36].**

For your records, we are once again enclosing the complete Exemption Claim Form, along with our client's Social Security Disability Benefit Verification Letter and relevant bank statements. These statements clearly show direct deposits from the Social Security Administration, listed as "SSA TREAS," confirming that the funds in question are exempt under New York's Exempt Income Protection Act (EIPA).

If you have any questions, please do not hesitate to reach out to me by phone at 718-514-5262, or by email at sspencer@legal-aid.org. We expect that the funds will be returned to Mr. Tillman by Monday, Oct. 13, 2025.

Sincerely,

Shirelle Spencer
Paralegal Casehandler

cc: Elizabeth M Lynch, Esq., The Legal Aid Society

**Justice in Every Borough.**

Social Security Administration
**Benefit Verification Letter**

Date: September 5, 2025
BNC#
REF:

WILLIE        TILLMAN
APT 607
500 LIVONIA AVE
BROOKLYN NY  11207-5258

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2024, the full monthly Social Security benefit before any deductions is $2,332.20.

We deduct $185.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,147.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on April 4, 2015.

**Information About Past Social Security Benefits**

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $2,275.40.

We deducted $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,100.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

**Information About Supplemental Security Income Payments**

Beginning March 2017, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning March 2017.

We found that you became disabled under our rules on April 4, 2015.

**Type of Supplemental Security Income Payment Information**

You are entitled to monthly payments as a disabled individual.

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning October 2017.

You are entitled to medical insurance under Medicare beginning October 2017.

Your Medicare number is ███████████.  You may use this number to get medical services while waiting for ███████████ card.

If  you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Date of Birth Information**

The date of birth shown on our records is ███████████.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm.  If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-613-2767**.

> SOCIAL SECURITY
> BLDG
> 3386 FULTON STREET
> BROOKLYN NY 11208



**CHASE** 🌀
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 09, 2025 through May 08, 2025
Account Number:                    7254



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

01580458 DRE 802 219 12925 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking accounts at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:
- Standard Overdraft Practice and Chase Debit Card Coverage[SM] are not available for Chase High School Checking[SM], Chase Secure Checking[SM] and Chase First Checking[SM].
- Overdraft Protection is not available for Chase Secure Checking[SM] and Chase First Checking[SM].

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | |
| Deposits and Additions | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| **Ending Balance** | |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | |
| 05/02 | SSA  Treas 310  Xxsoc Sec    PPD ID: 9031736026 | 2,147.00 | |





CHASE

May 09, 2025 through June 09, 2025

Account Number: ██████ 7254

Zelle® is intended for payments to recipients you know and trust and is not intended for the purchase of goods from retailers, online marketplaces or through social media posts. Neither Zelle® nor Chase provide protection if you make a purchase of goods using Zelle© and then do not receive them or receive them damaged or not as described or expected. In case of errors or questions about your electronic funds transfers, including information on reimbursement for fraudulent Zelle® payments, see your account agreement. Neither Chase nor Zelle© offers reimbursement for authorized payments you make using Zelle®, except for a limited reimbursement program that applies for certain imposter scams where you sent money with Zelle®. This reimbursement program is not required by law and may be modified or discontinued at any time.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

[6] **Zero Liability:** Chase will reimburse unauthorized debit card transactions when reported promptly. Certain limitations apply. See Deposit Account Agreement for details.

## CHECKING SUMMARY

Chase Total Checking



| | |
|---|---|
| **Beginning Balance** | |
| Deposits and Additions | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| Fees | |
| **Ending Balance** | |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 06/03 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031736039 | 2,147.00 | |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**



June 10, 2025 through July 09, 2025

Account Number: ████████7254

## CHECKING SUMMARY

Chase Total Checking

Beginning Balance
Deposits and Additions
ATM & Debit Card Withdrawals
Electronic Withdrawals
**Ending Balance**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 07/03 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031736026 | 2,147.00 | |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow$^{SM}$ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 10, 2025 through August 08, 2025

Account Number: ███████7254

01596677 DRE 802 219 22125 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY    Chase Total Checking



**Beginning Balance**
Deposits and Additions
ATM & Debit Card Withdrawals
Electronic Withdrawals
Other Withdrawals
**Ending Balance**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 08/01 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736026 | **2,147.00** | |
| 08/05 | Coal-29May25-4667 | | -9,561.94 | |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

• **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow$^{SM}$ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**

# THE LEGAL AID SOCIETY
## CRIMINAL DEFENSE

Queens County Criminal Defense Office
120-46 Queens Boulevard
Queens, NY 11415
T (718) 286-2000
www.legal-aid.org

# FACSIMILE COVER PAGE

## The Legal Aid Society
## Queens County Criminal Defense Office

### Criminal Defense Practice
### 120-46 Queens Blvd.
### Kew Gardens, NY 11415

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Attorney-in-Charge*
Criminal Practice

Timothy B. Rountree
*Attorney-in-Charge*
Queens County Office

**Date:**        2025/09/10 16:24:53 PDT

**From:**        Shirelle Spencer

**Phone:**       212-577-3300

**To:**

| Name and Company | Fax Number |
|---|---|
| ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN \| Exempt Claim Form | 16313939490 |

**Number of Pages / Comments:**

**To:** Forster & Garbus, LLP
**Fax Number:** (631) 393-9490
**From:** Willie Tillman
**Date:** 09/10/2025
**Re:** ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN
**Index No.:** CV-018798-15/KI
**Pages (including cover):** 2

To whom it may concern,

Please be advised that The Legal Aid Society is not representing Mr. Tillman in this matter. We are assisting him solely as a pro se litigant with limited legal support.

**CONFIDENTIALITY NOTE**: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.



Queens County Criminal Defense Office
120-46 Queens Boulevard
Queens, NY 11415
T (718) 286-2000
www.legal-aid.org

Attached is an Exempt Income Claim Form submitted on Mr. Tillman's behalf. Mr. Tillman's only source of income is Social Security Disability benefits, which are exempt from restraint and levy under both federal and state law. He was not provided with the required Exempt Income Claim Form and Notice before the restraint was placed on his bank account.

We request that the appropriate action be taken to return the levied funds and recognize the exempt status of the income.

Should you need additional information, you may contact me at the below email address and telephone number.

Thank you for your prompt attention to this matter.


Best regards,

**Shirelle Spencer**
Paralegal Casehandler
Consumer & Bankruptcy Law
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
E: sspencer@legal-aid.org
C: (718) 514-5262
T: (718) 883-8122
F: (646) 607-4942

**THE
LEGAL AID
SOCIETY**
CIVIL

**CONFIDENTIALITY NOTE**: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

ATLANTIC CREDIT & FINANCE SPECIAL FINANCE                    EXEMPTION CLAIM FORM
UNIT, LLC A/P/O CITIBANK N.A.

                                        Plaintiff,

-against-

WILLIE L. TILLMAN                                            Index No. CV-018798-15/KI
                                                            Account No. 24-30453
                                        Defendant(s).

Address A                                   Address B
Forster & Garbus, LLP                       JP MORGAN CHASE
2950 Express Dr. S., Suite 234              700 KANSAS LANE
Islandia, NY 11749
Phone: 6313939400                           MONROE, LA 71203
Fax #: (631) 393-9490

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. **If you have any documents, such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records showing the last two months of account activity include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply)

- Social Security;
- ☒ Supplemental security disability (SSD);
- Supplemental security income (SSI);
- Public Assistance;
- Wages while receiving SSI or public assistance;
- Veterans Benefits;
- Unemployment insurance;
- Payments from pensions and retirement accounts;
- Income earned in the last 60 days (90% of which is exempt);
- Child support;
- Spousal support or maintenance (alimony);
- Workers compensation benefits;
- Railroad retirement or black lung benefits;
- Disability;
- Other (describe exemption)

I request that any correspondence to me regarding my claim be sent to the following address: 500 LIVONIA AVE. BKLYN NY. 11207 APT 607

(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

Date: 9.10.2025

_____
SIGNATURE OF JUDGMENT DEBTOR

NY_0306                                     Atty File No. 24-30453



**UNITED STATES POSTAL SERVICE.**

CANARSIE
10201 FLATLANDS AVE
BROOKLYN, NY 11236-9997
www.usps.com

09/12/2025                                01:52 PM

TRACKING NUMBERS
9589 0710 5270 2973 8931 36

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

Islandia, NY 11749
Weight: 0 lb 0.30 oz
Estimated Delivery Date
Mon 09/15/2025

| Certified Mail® | | | $5.30 |
|---|---|---|---|
| Tracking #: | | | |
| 9589 0710 5270 2973 8931 36 | | | |
| Total | | | $6.08 |

Grand Total:                              $6.08

Cash                                      $50.08
Change                                   -$44.00

# Exhibit B

Copies of Willie Tillman JPMorgan Chase Bank statements for statement periods:

- July 10, 2025 – August 8, 2025
- June 10, 2025 – July 9, 2025
- May 9, 2025 - June 9, 2025
- April 9, 2025 - May 8, 2025
- March 11, 2025 - April 8, 2025
- February 11, 2025 - March 10, 2025
- January 10, 2025 - February 10, 2025
- December 10, 2024 - January 9, 2025
- November 9, 2024 - December 9, 2024
- October 9, 2024 - November 8, 2024
- September 11, 2024 - October 8, 2024

**Justice in Every Borough.**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 10, 2025 through August 08, 2025

Account Number:  ████████ 7254



01596677 DRE 802 219 22125 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$13,750.82** |
| Deposits and Additions | 2,397.00 |
| ATM & Debit Card Withdrawals | -9.50 |
| Electronic Withdrawals | -2,823.46 |
| Other Withdrawals | -9,561.94 |
| **Ending Balance** | **$3,752.92** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$13,750.82** |
| 07/17 | ████████ | -9.50 | 13,741.32 |
| 07/24 | ████████ | -250.00 | 13,491.32 |
| 07/28 | ████████ | -32.59 | 13,458.73 |
| 08/01 | SSA  Treas 310  Xxsoc Sec        PPD ID: 9031736026 | **2,147.00** | 15,605.73 |
| 08/01 | ████████ | **250.00** | 15,855.73 |
| 08/04 | ████████ | -291.23 | 15,564.50 |
| 08/04 | ████████ | -627.28 | 14,937.22 |
| 08/04 | ████████ | -410.94 | 14,526.28 |
| 08/04 | ████████ | -64.99 | 14,461.29 |
| 08/04 | ████████ | -191.04 | 14,270.25 |
| 08/04 | ████████ | -734.78 | 13,535.47 |
| 08/04 | ████████ | -98.72 | 13,436.75 |
| 08/05 | Coal-29May25-4667 | -9,561.94 | 3,874.81 |
| 08/05 | ████████ | -50.00 | 3,824.81 |
| 08/06 | ████████ | -71.89 | 3,752.92 |
| | **Ending Balance** | | **$3,752.92** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow$^{SM}$ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.

# CHASE ⬡

(Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**CHASE ◉**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 10, 2025 through July 09, 2025

Account Number: ▮▮▮▮▮▮▮7254

01586278 DRE 802 219 19125 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## We're making changes to help better protect your account

1. **You may be required to use a trusted device for certain account and digital services**

   Starting September 21, 2025, you may need to use a trusted device to manage your account and digital profile, access or use certain account product and services (including certain wire transfers), make certain payments and transfers, or to provide authentication or approvals. A trusted device is a smartphone that has been enrolled with us based on specific criteria.

   **You may need to enroll a device**

   You may already be using a trusted device. If not, you'll receive instructions to make your device trusted the next time you try to perform an action that requires it.

   For more details, please see the Amendment in the Deposit Account Agreement and the new Section V. D. *Using trusted devices.*

2. **How we treat third-party endorsed check deposits is changing**

   A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

   You can find this update in Section III. A. *Our rights and responsibilities for deposits.*

You can see the complete, updated Deposit Account Agreement beginning June 12, 2025, at **chase.com/disclosures**. If you have questions, please don't hesitate to contact us by calling the number on this statement.



June 10, 2025 through July 09, 2025
Account Number:                    7254

## CHECKING SUMMARY | Chase Total Checking

|  | AMOUNT |
|---|---|
| Beginning Balance | $13,955.94 |
| Deposits and Additions | 2,147.00 |
| ATM & Debit Card Withdrawals | -183.00 |
| Electronic Withdrawals | -2,169.12 |
| Ending Balance | $13,750.82 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $13,955.94 |
| 06/10 |  | -62.00 | 13,893.94 |
| 06/26 |  | -109.00 | 13,784.94 |
| 06/30 |  | -32.59 | 13,752.35 |
| 07/03 | SSA  Treas 310   Xxsoc Sec          PPD ID: 9031736026 | 2,147.00 | 15,899.35 |
| 07/03 |  | -385.89 | 15,513.46 |
| 07/03 |  | -674.86 | 14,838.60 |
| 07/07 |  | -627.28 | 14,211.32 |
| 07/07 |  | -16.63 | 14,194.69 |
| 07/07 |  | -130.17 | 14,064.52 |
| 07/07 |  | -68.75 | 13,995.77 |
| 07/07 |  | -174.37 | 13,821.40 |
| 07/08 |  | -12.00 | 13,809.40 |
| 07/08 |  | -58.58 | 13,750.82 |
|  | Ending Balance |  | $13,750.82 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.



June 10, 2025 through July 09, 2025

Account Number: ███████ 7254



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



June 10, 2025 through July 09, 2025

Account Number:                    7254

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 09, 2025 through June 09, 2025

Account Number:                    7254

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



01585978 DRE 802 219 16125 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## Important update about your Chase Total Checking® Monthly Service Fee

Beginning August 24, 2025, the Monthly Service Fee for Chase Total Checking will change to **$15**, however you can continue to pay a **$0** Monthly Service Fee when you meet one of the ways listed below to have it waived.

**How to have your Monthly Service Fee waived:**
$0 Monthly Service Fee when you have **any ONE** of the following during each monthly statement period:
- Electronic deposits[1] made into this account totaling $500 or more
- **OR,** a balance at the beginning of each day of $1,500 or more in this account
- **OR,** an average beginning day balance of $5,000 or more in any combination of this account and linked qualifying deposits[2]/investments[3].

**Maximize the benefits of your Chase Total Checking account, which include:**
- **Convenience** – Enjoy access to more than 15,000 fee-free Chase ATMs and the ability to meet with a banker at nearly 5,000 branches, with the only bank to have branches in all lower 48 states. Also, bank virtually anytime, anywhere with the Chase Mobile® app[4] and use Zelle®[5] as a fast and easy way to send and receive money with people you know and trust who have an eligible account at a participating U.S. bank.
- **Security** – Receive identity monitoring and check your credit score for free with Credit Journey®. With Zero Liability Protection get reimbursed for unauthorized debit card transactions when reported promptly[6].
- **Money saving benefits** – Earn cash back with Chase Offers when you activate deals on great brands and pay with your Chase debit card.

If you have questions, you can schedule a meeting with a banker at **chase.com/meeting** or call us at the number on this statement. You can also find information in the Additional Banking Services and Fees disclosure at chase.com/disclosures.

[1] Such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa® or Mastercard® network.

[2] Qualifying personal deposits include Chase First Checking[SM], accounts, personal Chase savings accounts (excluding Chase Premier Savings[SM], and Chase Private Client Savings[SM]), CDs, certain Chase Retirement CDs, or certain Chase Retirement Money Market Accounts.

[3] Qualifying personal investments include balances in investment and annuity products offered through JPMorgan Chase & Co. and its affiliates and agencies. For most products, we use daily balances to calculate the average beginning day balance for such investment and annuity products. Some third-party providers report balances on a weekly, not daily, basis and we will use the most current balance reported. Balances in 529 plans, donor-advised funds, and certain retirement plan investment accounts do not qualify. Investment products and related services are only available in English.

[4] **Chase Mobile App:** Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

[5] **Zelle:** Enrollment in Zelle® at a participating financial institution using an eligible U.S. checking or savings account is required to use the service. Chase customers may not enroll using savings accounts; an eligible Chase consumer or business checking account is required and may have its own account fees. Consult your account agreement. Funds are typically made available in minutes when the recipient's email address or U.S. mobile number is already enrolled with Zelle® (go to enroll.zellepay.com to view participating banks). Select transactions could take up to 3 business days. Enroll on the Chase Mobile® app or Chase Online[SM]. Limitations may apply. Message and data rates may apply.



Zelle® is intended for payments to recipients you know and trust and is not intended for the purchase of goods from retailers, online marketplaces or through social media posts. Neither Zelle® nor Chase provide protection if you make a purchase of goods using Zelle® and then do not receive them or receive them damaged or not as described or expected. In case of errors or questions about your electronic funds transfers, including information on reimbursement for fraudulent Zelle® payments, see your account agreement. Neither Chase nor Zelle® offers reimbursement for authorized payments you make using Zelle®, except for a limited reimbursement program that applies for certain imposter scams where you sent money with Zelle®. This reimbursement program is not required by law and may be modified or discontinued at any time.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

[6] **Zero Liability:** Chase will reimburse unauthorized debit card transactions when reported promptly. Certain limitations apply. See Deposit Account Agreement for details.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$14,318.99** |
| Deposits and Additions | 2,247.00 |
| ATM & Debit Card Withdrawals | -102.50 |
| Electronic Withdrawals | -2,307.55 |
| Fees | -200.00 |
| **Ending Balance** | **$13,955.94** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$14,318.99** |
| 05/29 | ███████████████ | -102.50 | 14,216.49 |
| 05/29 | ███████████████ | -32.58 | 14,183.91 |
| 06/02 | Legal Processing Fee | -100.00 | 14,083.91 |
| 06/03 | SSA  Treas 310  Xxsoc Sec       PPD ID: 9031736039 | 2,147.00 | 16,230.91 |
| 06/03 | ███████████████ | -141.87 | 16,089.04 |
| 06/03 | ███████████████ | -592.00 | 15,497.04 |
| 06/03 | ███████████████ | -552.30 | 14,944.74 |
| 06/04 | ███████████████ | -627.28 | 14,317.46 |
| 06/04 | ███████████████ | -30.00 | 14,287.46 |
| 06/05 | ███████████████ | -75.81 | 14,211.65 |
| 06/05 | ███████████████ | -56.76 | 14,154.89 |
| 06/06 | Service Fee Reversal | 100.00 | 14,254.89 |
| 06/06 | Legal Processing Fee | -100.00 | 14,154.89 |
| 06/06 | ███████████████ | -198.95 | 13,955.94 |
| | **Ending Balance** | | **$13,955.94** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**

**CHASE** ⬡



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



May 09, 2025 through June 09, 2025

Account Number: ███████████ 7254

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 09, 2025 through May 08, 2025

Account Number: ███████7254



01580458 DRE 802 219 12925 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking accounts at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:
- Standard Overdraft Practice and Chase Debit Card Coverage$^{SM}$ are not available for Chase High School Checking$^{SM}$, Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.
- Overdraft Protection is not available for Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY     Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$14,145.12** |
| Deposits and Additions | 2,147.00 |
| ATM & Debit Card Withdrawals | -203.44 |
| Electronic Withdrawals | -1,769.69 |
| **Ending Balance** | **$14,318.99** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$14,145.12** |
| 04/11 | ███████████████████ | -67.48 | 14,077.64 |
| 04/25 | ███████████████████ | -68.98 | 14,008.66 |
| 04/29 | ███████████████████ | -32.59 | 13,976.07 |
| 05/02 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031736026 | **2,147.00** | 16,123.07 |
| 05/05 | ███████████████████ | -277.36 | 15,845.71 |
| 05/05 | ███████████████████ | -595.99 | 15,249.72 |
| 05/05 | ███████████████████ | -288.81 | 14,960.91 |
| 05/05 | ███████████████████ | -267.62 | 14,693.29 |



April 09, 2025 through May 08, 2025
Account Number:                 7254

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 05/05 | ██████████████████████████████ | -80.33 | 14,612.96 |
| 05/05 | ██████████████████████████████ | -74.45 | 14,538.51 |
| 05/05 | ██████████████████████████████ | -80.06 | 14,458.45 |
| 05/07 | ██████████████████████████████ | -72.48 | 14,385.97 |
| 05/08 | ██████████████████████████████ | -66.98 | 14,318.99 |
| | **Ending Balance** | | **$14,318.99** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE** ⬡

April 09, 2025 through May 08, 2025

Account Number: ▇▇▇▇▇▇7254



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:
1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage℠, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist℠, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire℠ Checking and Chase Private Client Checking℠ accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.

**CHASE ❖**

This Page Intentionally Left Blank

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 11, 2025 through April 08, 2025

Account Number:                          **7254**



01578140 DRE 802 219 09925 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## We've increased the amount we make available for certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your receipt will always show the date when your deposit is expected to be available.

For more details, including the reasons we may delay the full check deposit, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement which you can find at **chase.com/disclosures**.

If you have any questions, please call the number listed on this statement.

## We're increasing the rush fee for replacement debit and ATM cards

Starting June 22, 2025, a $15 fee will apply if you request express shipping of a replacement Chase debit or ATM card. Please know that you can still receive a replacement card at no cost through our regular mailing process.

**Access your replacement debit card sooner by adding it to your digital wallet**
- If your debit card is already in your digital wallet, you'll typically be able to use your replacement debit card once it's issued.
- If you haven't added your debit card to your digital wallet yet, we highly recommend doing so. You can add your debit card to your digital wallet in the Chase Mobile® app[1]. For more information, visit **chase.com/digital-payments**.

Special Note: If you have a Chase Private Client Checking[SM], Chase Sapphire[SM] Checking or Chase Private Client Savings[SM] account, the rush shipping fee will not apply.

If you have any questions, please don't hesitate to call the number on this statement. We're here to help.

[1] **Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$13,708.21** |
| Deposits and Additions | 2,991.54 |
| ATM & Debit Card Withdrawals | -65.93 |
| Electronic Withdrawals | -2,388.70 |
| Other Withdrawals | -100.00 |
| **Ending Balance** | **$14,145.12** |



CHASE

March 11, 2025 through April 08, 2025

Account Number: 7254

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$13,708.21** |
| 03/12 | | 844.54 | 14,552.75 |
| 03/12 | | -100.00 | 14,452.75 |
| 03/12 | | -25.00 | 14,427.75 |
| 03/20 | | -54.43 | 14,373.32 |
| 03/27 | | -11.50 | 14,361.82 |
| 03/31 | | -32.59 | 14,329.23 |
| 04/03 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031736026 | 2,147.00 | 16,476.23 |
| 04/04 | | -674.22 | 15,802.01 |
| 04/04 | | -460.08 | 15,341.93 |
| 04/07 | | -595.99 | 14,745.94 |
| 04/07 | | -220.01 | 14,525.93 |
| 04/07 | | -105.31 | 14,420.62 |
| 04/07 | | -133.77 | 14,286.85 |
| 04/07 | | -68.67 | 14,218.18 |
| 04/08 | | -73.06 | 14,145.12 |
| | **Ending Balance** | | **$14,145.12** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling **$500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of **$1,500.00 or more** in this account.

- **OR**, keep an average beginning day balance of **$5,000.00 or more** in qualifying linked deposits and investments.

Case 1:26-cv-02470    Document 1-36    Filed 04/24/26    Page 36 of 63 PageID #: 275

**CHASE ◯**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case 1:26-cv-02470    Document 1-36    Filed 04/24/26    Page 37 of 63 PageID #: 276



This Page Intentionally Left Blank

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 11, 2025 through March 10, 2025

Account Number:                          7254

01573035 DRE 802 219 07025 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## We're introducing new security measures for certain wire transfers when using our digital banking services

To help protect your account, you may be required to use a trusted device to send certain wire transfers when using chase.com or the Chase Mobile® app.[1] Here are the key changes that will be effective May 8, 2025:

- **Use of Trusted Devices:** You'll need to use a trusted device to send certain wire transfers using our digital banking services. A trusted device is a smartphone that has been enrolled with us based on specific criteria.
- **Enrolling a Device:** You may already be using a trusted device. If not, you'll receive step-by-step instructions to make your device trusted the next time you initiate a wire transfer that requires it. You'll need to use a smartphone with the Chase Mobile® app installed and fulfill certain identification requirements, such as scanning and uploading a copy of your driver's license or state ID.
- **Restrictions on Wire Transfers:** If you don't have a trusted device, you may not be able to add recipients or initiate certain wire transfers using our digital banking services. This won't affect your ability to initiate wires at a Chase branch or J.P. Morgan Financial Center.

### Where to Find More Information
These policy updates are effective May 8, 2025, and will be detailed in Section 3 of the *Online Wire Transfer and Chase Global Transfer Services Addendum*, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement.

You can review the new requirements in those agreements beginning February 20, 2025. Here's how to access them:
- **On chase.com:** Log in to your account, click on the Main Menu, and select "Agreements & Disclosures."
- **On the Chase Mobile® app:** Go to "Legal Information" in Profile & Settings or at the bottom of the home page, then select "Legal Agreements and Disclosures."

If you have any questions, please call the number listed on this statement.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

| CHECKING SUMMARY | Chase Total Checking | |
|---|---|---|
| | | **AMOUNT** |
| **Beginning Balance** | | **$13,758.87** |
| Deposits and Additions | | 2,147.00 |
| Electronic Withdrawals | | -2,197.66 |
| **Ending Balance** | | **$13,708.21** |

**CHASE ◉**

February 11, 2025 through March 10, 2025

Account Number: ▮▮▮▮▮▮▮ 7254

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$13,758.87** |
| 02/28 | ███████████████████ | | -32.59 | 13,726.28 |
| 03/03 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736039 | **2,147.00** | 15,873.28 |
| 03/03 | ███████████████████ | | -753.18 | 15,120.10 |
| 03/03 | ███████████████████ | | -354.08 | 14,766.02 |
| 03/04 | ███████████████████ | | -595.99 | 14,170.03 |
| 03/04 | ███████████████████ | | -160.94 | 14,009.09 |
| 03/04 | ███████████████████ | | -122.60 | 13,886.49 |
| 03/05 | ███████████████████ | | -89.96 | 13,796.53 |
| 03/05 | ███████████████████ | | -88.32 | 13,708.21 |
| | **Ending Balance** | | | **$13,708.21** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow$^{SM}$ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $13,708.21)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $13,786.85)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 10, 2025 through February 10, 2025
Account Number:                    7254



01567610 DRE 802 219 04325 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

**To help protect you from fraud and scams, you'll no longer be able to send Zelle® payments to recipients originating from social media – such as social media marketplaces or messaging apps**

Due to the significant rise in social media scams and to help protect your account, we'll be updating our policies on March 23, 2025, limiting your ability to send Zelle® payments identified as originating from contact through social media. As a result, we may:

- Request details about your payment's purpose and how you made contact with the recipient
- Block or decline payments identified as originating from contact through social media
- Decline payments, restrict your use of Zelle® through Chase or take other actions as described in your account agreement if you do not respond truthfully to questions we ask

The updates to the policy become effective March 23, 2025, and will be outlined in Section 2 of the Zelle® Service Agreement, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement. You can review the new agreements beginning January 23, 2025. Here's how to access them:

- On chase.com, log in to your account, click the Main Menu, then select "Agreements & disclosures."
- On the Chase Mobile® app, go to "Legal information" in Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."

If you have questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$14,259.21** |
| Deposits and Additions | 2,147.00 |
| ATM & Debit Card Withdrawals | -240.03 |
| Electronic Withdrawals | -2,407.31 |
| **Ending Balance** | **$13,758.87** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$14,259.21** |
| 01/16 | | -8.25 | 14,250.96 |
| 01/17 | | -107.48 | 14,143.48 |
| 01/23 | | -10.65 | 14,132.83 |



January 10, 2025 through February 10, 2025

Account Number: ███████7254

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 01/29 | ████████████████ | | -32.59 | 14,100.24 |
| 02/03 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031736026 | **2,147.00** | 16,247.24 |
| 02/03 | | | -810.87 | 15,436.37 |
| 02/03 | | | -578.38 | 14,857.99 |
| 02/04 | | | -595.99 | 14,262.00 |
| 02/04 | | | -108.35 | 14,153.65 |
| 02/04 | | | -60.56 | 14,093.09 |
| 02/05 | | | -99.70 | 13,993.39 |
| 02/05 | | | -95.87 | 13,897.52 |
| 02/07 | | | -25.00 | 13,872.52 |
| 02/10 | | | -113.65 | 13,758.87 |
| | **Ending Balance** | | | **$13,758.87** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow**SM **network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $13,897.52)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $14,143.38)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 10, 2024 through January 09, 2025

Account Number:                    7254



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

01556023 DRE 802 219 01025 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## A reminder about incoming wire transfer fees

Due to a system issue, we may not have charged you for all incoming wires in the past. Beginning March 23, 2025, wire transfer fees will be charged for all incoming wires for Chase High School Checking℠, Chase College Checking℠, Chase Total Checking®, Chase Premier Plus Checking℠ and Chase Savings℠ accounts. Please visit **chase.com/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Sapphire℠ Checking, Chase Private Client Checking℠ , Chase Private Client Savings℠, Chase Premier Savings℠ accounts and for Chase Premier Plus Checking℠ accounts with Military Enhanced Benefits.

As a reminder, Chase Secure Banking℠ and Chase First Banking℠ accounts cannot send or receive wire transfers.

If you have any questions, call the number on this statement.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$13,437.36** |
| Deposits and Additions | 3,189.12 |
| ATM & Debit Card Withdrawals | -18.00 |
| Electronic Withdrawals | -2,349.27 |
| **Ending Balance** | **$14,259.21** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$13,437.36** |
| 12/27 | ███████████████████████████ | | -8.25 | 13,429.11 |
| 12/30 | ███████████████████████████ | | **1,042.12** | 14,471.23 |
| 12/30 | ███████████████████████████ | | -32.59 | 14,438.64 |
| 01/03 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736026 | **2,147.00** | 16,585.64 |
| 01/03 | ███████████████████████████ | | -9.75 | 16,575.89 |
| 01/03 | ███████████████████████████ | | -748.20 | 15,827.69 |
| 01/03 | ███████████████████████████ | | -533.51 | 15,294.18 |
| 01/06 | ███████████████████████████ | | -595.99 | 14,698.19 |
| 01/06 | ███████████████████████████ | | -161.81 | 14,536.38 |



December 10, 2024 through January 09, 2025

Account Number:                          **7254**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 01/06 | ████████████████████████ | -95.54 | 14,440.84 |
| 01/06 | ████████████████████████ | -101.44 | 14,339.40 |
| 01/07 | ████████████████████████ | -80.19 | 14,259.21 |
| | **Ending Balance** | | **$14,259.21** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $2,147.00. Note: some deposits may be listed on your previous statement)

- **OR,** keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $13,429.11)

- **OR,** keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $13,827.57)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE** ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 09, 2024 through December 09, 2024

Account Number: ███████ **7254**

01555004 DRE 802 219 34524 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



15550040101000000021

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $13,737.70 |
| Deposits and Additions | 2,100.00 |
| ATM & Debit Card Withdrawals | -164.98 |
| Electronic Withdrawals | -2,235.36 |
| **Ending Balance** | **$13,437.36** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$13,737.70** |
| 11/15 | ██████████████████ | | -61.99 | 13,675.71 |
| 12/02 | ██████████████████ | | -32.59 | 13,643.12 |
| 12/03 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736039 | **2,100.00** | 15,743.12 |
| 12/03 | ██████████████████ | | -152.71 | 15,590.41 |
| 12/03 | ██████████████████ | | -1,085.72 | 14,504.69 |
| 12/04 | ██████████████████ | | -595.99 | 13,908.70 |
| 12/04 | ██████████████████ | | -221.99 | 13,686.71 |
| 12/05 | ██████████████████ | | -56.25 | 13,630.46 |
| 12/05 | ██████████████████ | | -14.57 | 13,615.89 |
| 12/09 | ██████████████████ | | -75.54 | 13,540.35 |
| 12/09 | ██████████████████ | | -102.99 | 13,437.36 |
| | **Ending Balance** | | | **$13,437.36** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(Your total electronic deposits this period were $2,100.00. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.



November 09, 2024 through December 09, 2024

Account Number: ████████ 7254

(Your lowest beginning day balance was $13,615.89)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $13,708.03)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 09, 2024 through November 08, 2024

Account Number: ███████ 7254



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

01550526 DRE 802 219 31424 NNNNNNNNNNN  1 000000000 06 0000
MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking account(s) at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:

- Standard Overdraft Practice and Chase Debit Card Coverage$^{SM}$ are not available for Chase High School Checking$^{SM}$, Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.
- Overdraft Protection is not available for Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$12,674.44** |
| Deposits and Additions | 3,311.67 |
| ATM & Debit Card Withdrawals | -64.88 |
| Electronic Withdrawals | -2,183.53 |
| **Ending Balance** | **$13,737.70** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$12,674.44** |
| 10/10 | ████████████████████████ | | **200.00** | 12,874.44 |
| 10/17 | ████████████████████████ | | -159.08 | 12,715.36 |
| 10/23 | ████████████████████████ | | **1,011.67** | 13,727.03 |
| 10/25 | ████████████████████████ | | -25.00 | 13,702.03 |
| 10/28 | ████████████████████████ | | -64.88 | 13,637.15 |
| 10/31 | ████████████████████████ | | -32.59 | 13,604.56 |
| 11/01 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736026 | **2,100.00** | 15,704.56 |
| 11/04 | ████████████████████████ | | -81.20 | 15,623.36 |
| 11/04 | ████████████████████████ | | -596.27 | 15,027.09 |



October 09, 2024 through November 08, 2024

Account Number:          7254

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 11/04 | ████████████████████████████████████ | -595.99 | 14,431.10 |
| 11/04 | ████████████████████████████████████ | -115.03 | 14,316.07 |
| 11/04 | ████████████████████████████████████ | -38.85 | 14,277.22 |
| 11/04 | ████████████████████████████████████ | -484.83 | 13,792.39 |
| 11/06 | ████████████████████████████████████ | -54.69 | 13,737.70 |
| | **Ending Balance** | | **$13,737.70** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,100.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $12,674.44)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $13,452.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**CHASE** ⬡

October 09, 2024 through November 08, 2024

Account Number:                     7254



# Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:
1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage℠, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist℠, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire℠ Checking and Chase Private Client Checking℠ accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.



October 09, 2024 through November 08, 2024

Account Number: ███████7254

This Page Intentionally Left Blank

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

September 11, 2024 through October 08, 2024

Account Number: ███████ 7254



01543652 DRE 802 219 28324 NNNNNNNNNNN  1 000000000 06 0000

MR WILLIE TILLMAN
500 LIVONIA AVENUE APARTMENT 607
BROOKLYN NY 11207-5258

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$12,643.64** |
| Deposits and Additions | 2,100.00 |
| ATM & Debit Card Withdrawals | -67.58 |
| Electronic Withdrawals | -2,001.62 |
| **Ending Balance** | **$12,674.44** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$12,643.64** |
| 09/16 | ███████████████████████ | | -67.58 | 12,576.06 |
| 10/01 | ███████████████████████ | | -32.59 | 12,543.47 |
| 10/03 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031736026 | **2,100.00** | 14,643.47 |
| 10/04 | ███████████████████████ | | -234.29 | 14,409.18 |
| 10/04 | ███████████████████████ | | -595.99 | 13,813.19 |
| 10/04 | ███████████████████████ | | -560.31 | 13,252.88 |
| 10/07 | ███████████████████████ | | -442.96 | 12,809.92 |
| 10/07 | ███████████████████████ | | -73.36 | 12,736.56 |
| 10/08 | ███████████████████████ | | -62.12 | 12,674.44 |
| | **Ending Balance** | | | **$12,674.44** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow^SM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $2,100.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $12,543.47)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $12,740.29)

Page 1 of 2



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# Exhibit C

Copy of completed Exemption Claim Form faxed on September 10, 2025 fax

**Justice in Every Borough.**



Queens County Criminal Defense Office
120-46 Queens Boulevard
Queens, NY 11415
T (718) 286-2000
www.legal-aid.org

# FACSIMILE COVER PAGE

## The Legal Aid Society
## Queens County Criminal Defense Office

**Criminal Defense Practice**
**120-46 Queens Blvd.**
**Kew Gardens, NY 11415**

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Attorney–in–Charge*
Criminal Practice

Timothy B. Rountree
*Attorney-in-Charge*
Queens County Office

**Date:** 2025/09/10 16:24:53 PDT

**From:** Shirelle Spencer

**Phone:** 212-577-3300

**To:**

| Name and Company | Fax Number |
|---|---|
| ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN \| Exempt Claim Form | 16313939490 |

**Number of Pages / Comments:**

**To:** Forster & Garbus, LLP
**Fax Number:** (631) 393-9490
**From:** Willie Tillman
**Date:** 09/10/2025
**Re:** ATLANTIC CREDIT & FINANCE, SPECIAL FINANCE UNIT LLC, A/P/O CITIBANK, N.A vs. WILLIE L TILLMAN
**Index No.:** CV-018798-15/KI
**Pages (including cover):** 2

To whom it may concern,

Please be advised that The Legal Aid Society is not representing Mr. Tillman in this matter. We are assisting him solely as a pro se litigant with limited legal support.

**CONFIDENTIALITY NOTE**: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.



Queens County Criminal Defense Office
120-46 Queens Boulevard
Queens, NY 11415
T (718) 286-2000
www.legal-aid.org

Attached is an Exempt Income Claim Form submitted on Mr. Tillman's behalf. Mr. Tillman's only source of income is Social Security Disability benefits, which are exempt from restraint and levy under both federal and state law. He was not provided with the required Exempt Income Claim Form and Notice before the restraint was placed on his bank account.

We request that the appropriate action be taken to return the levied funds and recognize the exempt status of the income.

Should you need additional information, you may contact me at the below email address and telephone number.

Thank you for your prompt attention to this matter.


Best regards,

**Shirelle Spencer**
Paralegal Casehandler
Consumer & Bankruptcy Law
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
E: sspencer@legal-aid.org
C: (718) 514-5262
T: (718) 883-8122
F: (646) 607-4942

THE
LEGAL AID
SOCIETY
CIVIL

**CONFIDENTIALITY NOTE**: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.

To: +18888888888    Page: 042 of 774    2025-09-29 10:56:07 GMT    0037403439    From: 16478072631

## CIVIL COURT OF THE CITY OF NEW YORK
### COUNTY OF KINGS

ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC A/P/O CITIBANK N.A.

EXEMPTION CLAIM FORM

                                            Plaintiff,

-against-

WILLIE L TILLMAN                            Index No. CV-018798-15/KI
                                            Account No. 24-30453

                                            Defendant(s).

Address A
Forster & Garbus, LLP
2950 Express Dr. S., Suite 234
Islandia, NY 11749
Phone: 6313939400
Fax #: (631) 393-9490

Address B
JP MORGAN CHASE
700 KANSAS LANE

MONROE, LA 71203

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice. **If you have any documents, such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records showing the last two months of account activity include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply)

- Social Security;
- ☒ Supplemental security disability (SSD);
- Supplemental security income (SSI);
- Public Assistance;
- Wages while receiving SSI or public assistance;
- Veterans Benefits;
- Unemployment insurance;
- Payments from pensions and retirement accounts;
- Income earned in the last 60 days (90% of which is exempt);
- Child support;
- Spousal support or maintenance (alimony);
- Workers compensation benefits;
- Railroad retirement or black lung benefits;
- Disability;
- Other (describe exemption)

I request that any correspondence to me regarding my claim be sent to the following address: 500 LIVONIA AVE. BKLYN NY. 11207 APT 607

(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

Date: 9.10.2025

_____
SIGNATURE OF JUDGMENT DEBTOR

NY_0306                          Atty File No. 24-30453

# Exhibit D
Copy of USPS mailing receipt dated September 12, 2025

**Justice in Every Borough.**



### UNITED STATES POSTAL SERVICE.

CANARSIE
10201 FLATLANDS AVE
BROOKLYN, NY 11236-9997
09/12/2025          www.usps.com

01:52 PM

----

TRACKING NUMBERS
9589 0710 5270 2973 8931 36

----

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



----

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

----

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

----

PURCHASE DETAILS

----

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

Islandia, NY 11749
Weight: 0 lb 0.30 oz
Estimated Delivery Date
Mon 09/15/2025
Certified Mail®                     $5.30
    Tracking #:
      9589 0710 5270 2973 8931 36
Total                                $6.08

----

Grand Total:                         $6.08

----

Cash                                $50.08
Change                             -$44.00

# Exhibit E
Copy of letter from Forster & Garbus, LLP to Willie Tillman dated October 15, 2025

**Justice in Every Borough.**

## FORSTER & GARBUS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

RONALD FORSTER - Adm. in NY Only    2950 EXPRESS DRIVE SOUTH, SUITE 234
MARK A. GARBUS - Retired                    PO BOX 9013                    MICHAEL J. FLORIO - Adm. in NY Only
                                            ISLANDIA, NY 11749
                                            (631) 393-9400
                                            FAX (631) 393-9490
                                            TTY (631) 393-8691
                                            TOLL FREE (800) 245-9943

Forster & Garbus LLP NYC Department of Consumer and Worker Protection #2045675

October 15, 2025

WILLIE L TILLMAN
500 LIVONIA AVENUE  #607
BROOKLYN, NY  11207

RE: WILLIE L TILLMAN
Original Creditor: ATLANTIC CREDIT & FINANCE SPECIAL FINANCE
UNIT, LLC A/P/O CITIBANK N.A.
Current Creditor: ATLANTIC CREDIT & FINANCE SPECIAL FINANCE
UNIT, LLC A/P/O CITIBANK N.A.
Original Creditor Acct No.: XXXXXXXXXXX1010
Our File No.: 24-30453
Current Balance: $5,109.54
Index #CV-018798-15/KI
Representative Name: MS. MARTIN
ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC A/P/O
CITIBANK N.A.'s NYC Department of Consumer and Worker Protection
#1312658

Dear WILLIE L TILLMAN:

This will acknowledge that the above-referenced account will be considered settled in the amount of
$5,109.39, as long as payments are made as follows:

We have agreed to accept monthly payments. The first payment of $100.00 is due in our office on
October 31, 2025. Consecutive (minimum) monthly payments of $100.00 are due on the 31st of each
month thereafter. Once paid and the funds have cleared then a Satisfaction of Judgment or a Stipulation
of Discontinuance, whichever is applicable, will be filed with the court.

Make the funds payable to Forster & Garbus, LLP as attorneys and send to 2950 Express Dr. S., Suite
234, Islandia, NY 11749.

Please visit our website, www.ag-lawllc.com to make a payment on the account using a debit card.
Please use the File Number listed above when making a payment on the website.

Very truly yours,

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A
DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

 Scan to proceed to our self-serve portal.
Fast, secure, and convenient!

NY_0704                          File No. 24-30453

# Exhibit F

Copy of Willie Tillman Social Security Administration Benefit Verification letter dated
September 5, 2025

**Justice in Every Borough.**

# Social Security Administration
# **Benefit Verification Letter**

Date: September 5, 2025
BNC# ████████████
REF: ████████████

WILLIE ████████ TILLMAN
APT 607
500 LIVONIA AVE
BROOKLYN NY  11207-5258

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2024, the full monthly Social Security benefit before any deductions is $2,332.20.

We deduct $185.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,147.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on April 4, 2015.

## Information About Past Social Security Benefits

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $2,275.40.

We deducted $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,100.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

## Information About Supplemental Security Income Payments

Beginning March 2017, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning March 2017.

We found that you became disabled under our rules on April 4, 2015.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning October 2017.

You are entitled to medical insurance under Medicare beginning October 2017.

Your Medicare number is ███████████. You may use this number to get medical services while waiting for ███████████ card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is ███████████.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-613-2767**.

SOCIAL SECURITY
BLDG
3386 FULTON STREET
BROOKLYN NY 11208



**How are we doing?**  Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*