UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
WILLIE TILLMAN,

                    Plaintiff,

              -against-

FORSTER & GARBUS LLP; ABRAHAMSEN GINDIN
LLC; ATLANTIC CREDIT & FINANCE SPECIAL
FINANCE UNIT, LLC; ATLANTIC CREDIT & FINANCE,
INC.; AND MIDLAND CREDIT MANAGEMENT, INC.

                  Defendants.
----------------------------------------------------------------------X

Index No. 1:26-cv-2470

**APPEARANCE OF COUNSEL**

       PLEASE TAKE NOTICE, that the undersigned is appearing as co-counsel on this case

and respectfully requests that all Notices of Electronic Filing be transmitted to her in this case.

The undersigned is duly admitted to practice in this Court.

Dated: April 27, 2026
      Queens, New York

                         Respectfully submitted,

                         THE LEGAL AID SOCIETY

                         */s/ Claire Mooney*
                         Claire Mooney
                         153-01 Jamaica Ave, Suite 202
                         Jamaica, NY 11432
                         Tel: (646) 574-2724
                         Email: cmooney@legal-aid.org