Case Name:_____Case Number:_____CV -_____ (\_\_\_\_) (MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | | | |
| 2.  Rule 26(a)(1) disclosures exchanged | | | |
| 3.  Requested: | | | |
|     a.  Medical records authorization | | | |
|     b.  CPL § 160.50 releases for arrest records | | | |
|     c.  Identification of John Doe/Jane Doe defendants | | | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| 5.  Procedures for claiming privilege / protecting trial-preparation materials discussed (Rule 26(f)(3)(D)) | | | |
| 6.  Protective Order to be submitted for court approval (*see* Standing Protective Order on the Chambers website) | | | |
| **B. SETTLEMENT PLAN** | | | |
| 1.  Plaintiff to make settlement demand | | | |
| 2.  Defendant to make settlement offer | | | |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (enter proposed completion date) | | | |
| 4.  Settlement Conference (enter proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties | | | |
| 2.  Motion to amend pleadings | | | |
| 3.  Initial documents requests and interrogatories | | | |
| 4.  All fact discovery to be completed (including disclosure of medical records) | | | |
| 5.  Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | |

Rev. 12-09-2025

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 6. Expert discovery (only if needed) | *Check here if not applicable* ☐ | | | |
| Plaintiff expert proposed field(s) of expertise: | | | | |
| Defendant expert proposed field(s) of expertise: | | | | |
| | a. Affirmative expert reports due | | | |
| | b. Rebuttal expert reports due | | | |
| | c. Depositions of experts to be completed | | | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | | |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | | |
| 9. If any party seeks a **dispositive motion**, date to<br>a. file request for pre-motion conference (if required), or<br>b. file briefing schedule for the motion | | | | |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | | |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>☐ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☐ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____

**MARCIA M. HENRY**
United States Magistrate Judge

_____
**Date**

Rev. 12-09-2025