ATTORNEY(S) : Law Offices of Ahmad Keshavarz
INDEX # : 1:26-cv-02470-RER-MMH
PURCHASED/FILED : April 27, 2026
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Willie Tillman

Plaintiff(s)

against

Forster & Garbus LLP, et al

Defendant(s)

| STATE OF NEW YORK ) | DESCRIPTION OF PERSON SERVED: | Approx. Age: 35 Yrs |
|---|---|---|

COUNTY OF ALBANY )SS
CITY OF ALBANY )

Weight: 150 lbs   Height: 5'4"   Gender: Female   Race: Black

Hair color: Black   Other: _____

**Robert Guyette** _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **June 15, 2026** , at **3:25 PM** , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS IN A CIVIL ACTION WITH COMPLAINT AND DEMAND FOR JURY TRIAL**

on

**Atlantic Credit & Finance Special Finance Unit, LLC**

the Defendant in this action, by delivering to and leaving with    **Shayla Davis**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of    $40    dollars; That said service

was made pursuant to Section   **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this _____**JUNE 15, 2026**_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____

ROBERT GUYETTE

**Invoice·Work Order #** 2624959
Attorney File # **Tillman vs Forster**