**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
WILLIE TILLMAN,

                                      **Case No.: 1:26-cv-02470-RER-MMH**

                   **Plaintiff,**

        **-against-**

ABRAHAMSEN GINDIN, LLC,
ATLANTIC CREDIT & FINANCE
SPECIAL FINANCE UNIT, LLC,
ATLANTIC CREDIT & FINANCE, INC.,
FORSTER & GARBUS LLP, and
MIDLAND CREDIT MANAGEMENT, INC.,

                   **Defendants.**
--------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I hereby certify that pursuant to Your Honor's Initial Conference Order of June 12, 2026 (ECF No. 7), I served copies of the Initial Conference Order and the docket sheet on Defendants at the following addresses by first-class mail on June 19, 2026, and by certified mail, return receipt requested on June 22, 2026:

       Abrahamsen Gindin, LLC
       220 Penn Ave, Suite 210
       Scranton, PA 18503

       Atlantic Credit & Finance Special Finance Unit, LLC
       111 Franklin Road, Suite 400
       Roanoke, VA 24011

       Atlantic Credit & Finance, Inc.
       111 Franklin Road, Suite 400
       Roanoke, VA 24011

       Forster & Garbus, LLP
       2950 Express Drive South, Suite 234
       Islandia, NY 11749

       Midland Credit Management, Inc.
       350 Camino de la Reina, Suite 300
       San Diego, CA 92108

       I certify under penalty of perjury that the foregoing is true and correct.

1

Dated: Brooklyn, New York
      June 22, 2026

                                              /s/ Kevin Gartland

                                              _____
                                              Kevin Gartland
                                              Law Office of Ahmad Keshavarz
                                              16 Court St., 26th Floor
                                              Brooklyn, NY 11241-1026

2