Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026

Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026

Atlantic Credit & Finance, Inc.
111 Franklin Road, Suite 400
Roanoke, VA 24011

Abrahamsen Gindin, LLC
220 Penn Ave, Suite 210
Scranton, PA 18503

FIRST-CLASS



ZIP 11241
02 7H
0006141669

US POSTAGE PB PITNEY BOWES
$ 001.03⁰
JUN 19 2026

FIRST-CLASS



ZIP 11241
02 7H
0006141669

US POSTAGE PB PITNEY BOWES
$ 001.03⁰
JUN 19 2026