

US POSTAGE ᴵᴹ/PITNEY BOWES

$ 001.03⁰

ZIP 11241
02 7H
0006141669     JUN 19 2026

FIRST-CLASS

Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026

Forster & Garbus, LLP
2950 Express Drive South, Suite 234
Islandia, NY 11749