Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026




FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 11241
02 7H
0006141669    JUN 19 2026

$ 001.03⁰

Atlantic Credit & Finance Special Finance Unit,
LLC
111 Franklin Road, Suite 400
Roanoke, VA 24011

Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 11241
02 7H
0006141669    JUN 19 2026

$ 001.03⁰

Midland Credit Management, Inc.
350 Camino de la Reina, Suite 300
San Diego, CA 92108