

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees $

Sent To MIDLAND CREDIT MANAGEMENT INC
Street and Apt. No., or PO Box No. 350 CAMINO DE LA REINA, SUITE 300
City, State, ZIP+4® SAN DIEGO, CA 92108

9589 0710 5270 3805 0082 54

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees $

Sent To FORSTER & GARBUS LLP
Street and Apt. No., or PO Box No. 2150 EXPRESS DRIVE SOUTH, SUITE 234
City, State, ZIP+4® ISLANDIA, NY 11745

9589 0710 5270 3805 0082 78

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees $

Sent To ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC
Street and Apt. No., or PO Box No. 111 FRANKLIN ROAD, SUITE 400
City, State, ZIP+4® ROANOKE, VA 24011

9589 0710 5270 3805 0082 47

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees $

Sent To ATLANTIC CREDIT & FINANCE, INC.
Street and Apt. No., or PO Box No. 111 FRANKLIN ROAD, SUITE 400
City, State, ZIP+4® ROANOKE, VA 24011

9589 0710 5270 3805 0082 30

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees $

Sent To ABRAHAMSEN GINDIN LLC
Street and Apt. No., or PO Box No. 220 PENN AVE SUITE 210
City, State, ZIP+4® SCRANTON, PA 18503

9589 0710 5270 3805 0082 61

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions