# BLANKROME

1271 Avenue of the Americas |New York, NY 10020
blankrome.com

| | |
|---|---|
| *Phone:* | *(212) 885-5161* |
| *Fax:* | *(212) 894 -0944* |
| *Email:* | *susan.kuruvilla@blankrome.com* |

July 10, 2026

**VIA ECF**
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Willie Tillman v. Forster & Garbus, et al.*
> Case No. 26-cv-02470 (the "Action")
> **Letter Requesting Extension of Time to Respond to Complaint**

Your Honor:

This firm represents Defendants Midland Credit Management, Inc., Atlantic Credit & Finance Special Finance Unit, LLC, and Atlantic Credit & Finance, Inc. (collectively, "Defendants") in the Action. Pursuant to Your Honor's Individual Part Rules § I (G), Defendants respectfully request a 30-day extension of time to respond to Plaintiff's Complaint through August 10, 2026 and a corresponding 30-day adjournment of the parties' time to file a Joint Proposed Discovery Plan and appear for the in-person Initial Conference.

On June 15, 2026, the New York Secretary of State was served with a copy of the Summons and Complaint. Defendants' response to the Complaint was due on July 6, 2026. However, Defendants did not receive the Complaint prior to the expiration of the deadline. Defendants are in the process of investigating the alleged claims and preparing a response to the Complaint. As such, Defendants respectfully submit this letter requesting an extension of time to respond to the Complaint up to and including August 10, 2026. By making this request, Defendants waive any objections to the service of the Summons and Complaint.

Additionally, since the request to adjourn Defendants' time to respond to the Complaint affects other Court-scheduled dates, Defendants request that the Court adjourn the parties' time to file a Joint Proposed Discovery Plan from July 21, 2026 to August 21, 2026 and that the in-person Initial Conference be adjourned from July 28, 2026 to August 28, 2026.

Plaintiff has consented to this adjournment request. This is Defendants' first request for an extension of time.  If the Court has any questions, please contact the undersigned.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

*/s/ Susan Kuruvilla*

Susan Kuruvilla