

**KIRSTEN H. SMITH**
**Direct:  (504) 846-7943**
**ksmith@sessions.legal**

July 17, 2026

Via ECF
The Honorable Ramon E. Reyes, Jr.
United States District Judge
United States District Court
Eastern District of New York

      **Re:**   ***Tillman v. Abrahamsen Gindin, LLC, et al. - No. 1:26-cv-02470-RER-MMH***
             **Forster & Garbus, LLP's Consent Motion for 30 Day Extension to Respond**
             **to Complaint**

Dear Judge Reyes:

      **SESSIONS, ISRAEL & SHARTLE, LLC** represents defendants Forster & Garbus, LLP ("F&G") in the above referenced matter.

      Undersigned counsel for F&G is in the process of gathering the relevant facts and preparing a response to the complaint, and respectfully request a 30-day extension of time, until August 5, 2026, to file its response to plaintiff's complaint.

      Undersigned counsel for F&G has conferred with counsel for plaintiff, who consents to the requests.

                       Respectfully Submitted,

                       Kirsten H. Smith