

**KIRSTEN H. SMITH**
Direct:  (504) 846-7943
ksmith@sessions.legal

August 5, 2026

Via ECF
The Honorable Ramon E. Reyes, Jr.
United States District Judge
United States District Court
Eastern District of New York

Re:    *Tillman v. Abrahamsen Gindin, LLC, et al.* - **No. 1:26-cv-02470-RER-MMH**
**Forster & Garbus, LLP's Consent Motion for 14 Day Extension until August 19, 2026 to Respond to Complaint**

Dear Judge Reyes:

**SESSIONS, ISRAEL & SHARTLE, LLC** represents defendants Forster & Garbus, LLP ("F&G") in the above referenced matter.

Undersigned counsel for F&G is still in the process of gathering the relevant facts and preparing a response to the complaint, and has engaged additional assistance within the firm to that end, and respectfully request an additional 14-day extension of time, until **August 19, 2026**, to file its response to plaintiff's complaint. The Court issued one previous extension to F&G until August 5, 2026. Granting the extension will not prejudice any parties or cause undue delay – the joint Proposed Discovery Plan is due September 17, 2026 and the in-person initial conference is scheduled for September 24, 2026.

Undersigned counsel for F&G has conferred with counsel for plaintiff, who consents to the requests.

Respectfully Submitted,

Kirsten H. Smith

Lakeway Three    Suite 2800    3838 North Causeway Boulevard    Metairie, Louisiana    70002-7227
(504) 828-3700    (504) 828-3737  F    www.sessions.legal
ALABAMA • CALIFORNIA • FLORIDA • GEORGIA • ILLINOIS • LOUISIANA • NEW JERSEY • NEW YORK • PENNSYLVANIA • TEXAS