# BLANKROME

1271 Avenue of the Americas |New York, NY 10020
blankrome.com

| | |
|---|---|
| *Phone:* | *(212) 885-5161* |
| *Fax:* | *(212) 894 -0944* |
| *Email:* | *susan.kuruvilla@blankrome.com* |

August 7, 2026

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Willie Tillman v. Forster & Garbus, et al.*
> Case No. 26-cv-02470 (the "Action")
> **Letter Motion Requesting Extension of Time to Respond to Complaint**

Your Honor:

This firm represents Defendants Midland Credit Management, Inc., Atlantic Credit & Finance Special Finance Unit, LLC, and Atlantic Credit & Finance, Inc. (collectively, "Defendants") in the Action.

Defendants are still in the process of gathering relevant facts, investigating the alleged claims and preparing a response to the Complaint. As such, Defendants respectfully submit this letter requesting an extension of time to respond to the Complaint up to and including August 31, 2026.

The Court issued one previous extension of time through August 10, 2026 and Plaintiff's counsel consents to this request. Additionally, Defendants' requested adjournment does not prejudice any parties nor effect other Court-scheduled dates. Should the Court have any questions, please contact the undersigned.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

*/s/ Susan Kuruvilla*

Susan Kuruvilla

158948497