

**KIRSTEN H. SMITH**
Direct: (504) 846-7943
ksmith@sessions.legal

August 14, 2026

<u>Via ECF</u>
The Honorable Ramon E. Reyes, Jr.
United States District Judge
United States District Court for the Eastern District of New York

> **Re:** ***Tillman v. Abrahamsen Gindin, LLC, et al.* - No. 1:26-cv-02470-RER-MMH Forster & Garbus, LLP and Abrahamsen Gindin, LLC's Consent Motion for Extension to <u>August 31, 2026</u> to Respond to Complaint**

Dear Judge Reyes:

**SESSIONS, ISRAEL & SHARTLE, LLC** represents defendants Abrahamsen Gindin, LLC ("AG") and Forster & Garbus, LLP ("F&G") in the above referenced matter.

Undersigned counsel has exchanged emails with counsel for plaintiff and there is a shared desire to align all responsive pleading deadlines for all five defendants to **August 31, 2026**.[1] This extension will also allow undersigned additional time to gather relevant facts and prepare a response, as well as open discussions with plaintiff's counsel concerning the case.

Granting the extension will not prejudice any parties or cause undue delay – the joint Proposed Discovery Plan is due September 17, 2026, and the in-person initial conference is scheduled for September 24, 2026. The Court issued two previous extensions to AG and F&G, until August 5, 2026, and later until August 19, 2026. Undersigned counsel has conferred with counsel for plaintiff, who consents to the requests.

Respectfully Submitted,

Kirsten H. Smith

---

[1] On August 10, 2026, the Court issued an Order extending the responsive pleading deadline for defendants Midland Credit Management, Inc., Atlantic Credit & Finance Special Finance Unit, LLC, and Atlantic Credit & Finance, Inc. to August 31, 2026.

Lakeway Three   Suite 2800   3838 North Causeway Boulevard   Metairie, Louisiana   70002-7227
(504) 828-3700   (504) 828-3737 F   www.sessions.legal
ALABAMA • CALIFORNIA • FLORIDA • GEORGIA • ILLINOIS • LOUISIANA • NEW JERSEY • NEW YORK • PENNSYLVANIA • TEXAS