**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIE TILLMAN,<br><br>Plaintiff,<br><br>-against-<br><br>FORSTER & GARBUS LLP; ABRAHAMSEN GINDIN LLC; ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC; ATLANTIC CREDIT & FINANCE, INC. AND MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendants. | Civil Action No.: 1:26-cv-2470<br><br>**ANSWER TO COMPLAINT** |

Defendant Atlantic Credit & Finance Special Finance Unit, LLC (hereinafter "ACF Special Finance"), Defendant Atlantic Credit & Finance, Inc. (hereinafter "ACF") (collectively "ACF Defendants") and Defendant Midland Credit Management, Inc. (hereinafter "MCM") ("ACF Defendants" and "MCM," collectively referred to as "Defendants"), by and through their attorneys, Blank Rome LLP, respond to the allegations in Plaintiff Willie Tillman's ("Plaintiff") Complaint (hereinafter the "Complaint"), filed on April 24, 2026 [Docket No. 1] as follows:

## AS TO SUMMARY OF CLAIMS

As a preliminary matter, Plaintiff begins his Complaint with a "Summary of Claims" which he allegedly provides "for convenience of Defendants and the Court." Compl., at 1. This is an improper method in which to provide allegations or assertions on Plaintiff's behalf. Under Federal Rule of Civil Procedure 10(b), "a party *must* state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances." (emphasis added). Here, Plaintiff's "Summary of Claims" is not the proper means or procedure for Plaintiff to assert any allegations against Defendants and, as such, must be stricken from Plaintiff's Complaint. This "Summary of Claims" purports to summarize documents, which speak for themselves, and

contains legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants deny the allegations in the "Summary of Claims" as stated and therefore leave Plaintiff to his proofs.

**AS TO JURISDICTION AND VENUE**

1. The allegations contained in paragraph 1 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

2. The allegations contained in paragraph 2 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

3. The allegations contained in paragraph 3 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

4. The allegations contained in paragraph 4 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

**AS TO PARTIES**

5. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and therefore leave Plaintiff to his proofs.

6. The allegations contained in paragraph 6 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants admit only that Defendant ACF Special Finance is a LLC registered in Virginia and provided the Virginia Secretary of the

Commonwealth with a registered address in Richmond, Virginia. In addition, the allegations contained in paragraph 6 of the Complaint reference a document which speaks for itself, and therefore, the allegations contained in paragraph 6 are denied as stated to the extent they attempt to summarize or characterize the document.

7. Defendants deny the allegations contained in paragraph 7 of the Complaint as stated and admit only that ACF Special Finance was previously involved in a lawsuit involving Plaintiff.

8. Defendants deny the allegations contained in paragraph 8 of the Complaint as stated and admit only that ACF Special Finance is a subsidiary of ACF. To the extent a further response is required, the allegations contained in paragraph 8 of the Complaint reference a document which speaks for itself, and therefore, the allegations contained in paragraph 8 are denied as stated to the extent they attempt to summarize or characterize the document.

9. The allegations contained in paragraph 9 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants admit only that Defendant MCM is incorporated in Kansas. In addition, the allegations contained in paragraph 9 of the Complaint reference a document which speaks for itself, and therefore, the allegations contained in paragraph 9 are denied as stated to the extent they attempt to summarize or characterize the document.

10. Defendants deny the allegations contained in paragraph 10 of the Complaint as stated and admit only that Defendants are subsidiaries of Encore Capital Group, Inc. To the extent a response is required, the allegations contained in paragraph 10 of the Complaint reference a document which speaks for itself, and therefore, the allegations contained in paragraph 10 are denied as stated to the extent they attempt to summarize or characterize the document and Defendants respectfully refer all issues of law and fact to the Court.

11. The allegations contained in paragraph 11 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, the allegations contained in paragraph 11 of the Complaint reference documents which speak for themselves, and therefore, the allegations contained in paragraph 11 are denied as stated to the extent they attempt to summarize or characterize the documents.

12. The allegations contained in paragraph 12 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, the allegations contained in paragraph 12 of the Complaint reference a document which speaks for itself, and therefore, the allegations contained in paragraph 12 are denied as stated to the extent they attempt to summarize or characterize the documents.

13. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and therefore leave Plaintiff to his proofs.

14. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and therefore leave Plaintiff to his proofs.

15. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and therefore leave Plaintiff to his proofs.

16. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and therefore leave Plaintiff to his proofs.

17. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and therefore leave Plaintiff to his proofs.

18. The allegations in paragraph 18 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants deny the allegations as stated and therefore leave Plaintiff to his proofs.

## AS TO THE STATEMENT OF FACTS[1]

19. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and therefore leave Plaintiff to his proofs.

20. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and therefore leave Plaintiff to his proofs.

21. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and therefore leave Plaintiff to his proofs.

22. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and therefore leave Plaintiff to his proofs.

[1] As stated *supra*, throughout the Statement of Facts section of Plaintiff's Complaint, Plaintiff again violates Rule 10(b) by including allegations in multiple statements outside of the numbered paragraphs of the Complaint. As such, the various "Background" statements must be stricken.

23. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and therefore leave Plaintiff to his proofs.

24. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and therefore leave Plaintiff to his proofs.

25. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and therefore leave Plaintiff to his proofs.

26. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and therefore leave Plaintiff to his proofs.

27. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and therefore leave Plaintiff to his proofs.

28. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and therefore leave Plaintiff to his proofs.

29. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and therefore leave Plaintiff to his proofs.

30. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and therefore leave Plaintiff to his proofs.

31. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and therefore leave Plaintiff to his proofs.

32. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and therefore leave Plaintiff to his proofs.

33. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is required, the allegations contained in paragraph 33 of the Complaint reference documents which speaks for themselves, and therefore, the allegations contained in paragraph 33 are denied as stated to the extent they attempt to summarize or characterize the documents.

34. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is required, the allegations contained in paragraph 34 of the Complaint reference documents which speak for themselves, and therefore, the allegations contained in paragraph 34 are denied as stated to the extent they attempt to summarize or characterize the documents.

35. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and therefore leave Plaintiff to his proofs.

36. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and therefore leave Plaintiff to his proofs.

37. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint and therefore leave Plaintiff to his proofs.

38. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and therefore leave Plaintiff to his proofs.

39. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint and therefore leave Plaintiff to his proofs.

40. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint and therefore leave Plaintiff to his proofs.

41. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint and therefore leave Plaintiff to his proofs.

42. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a further response is required, the allegations contained in paragraph 42 of the Complaint reference a document which speaks for itself, and therefore, the allegations contained in paragraph 42 are denied as stated to the extent they attempt to summarize or characterize the document.

43. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and therefore leave Plaintiff to his proofs.

44. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and therefore leave Plaintiff to his proofs.

45. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and therefore leave Plaintiff to his proofs.

46. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and therefore leave Plaintiff to his proofs.

47. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and therefore leave Plaintiff to his proofs.

48. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and therefore leave Plaintiff to his proofs.

49. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and therefore leave Plaintiff to his proofs.

50. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and therefore leave Plaintiff to his proofs.

51. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint and therefore leave Plaintiff to his proofs.

52. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and therefore leave Plaintiff to his proofs.

53. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and therefore leave Plaintiff to his proofs.

54. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and therefore leave Plaintiff to his proofs.

55. The allegations contained in paragraph 55 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

56. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint and therefore leave Plaintiff to his proofs.

57. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and therefore leave Plaintiff to his proofs.

58. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and therefore leave Plaintiffs to his proofs. To the extent a response is required, the allegations contained in paragraph 58 of the Complaint reference a document which speaks for itself, and therefore, the allegations contained in paragraph 58 are denied as stated to the extent they attempt to summarize or characterize the document.

59. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, Defendants admit only that ACF Special Finance was involved in previous litigation with Plaintiff.

60. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 60 of the Complaint reference documents which speaks for themselves, and therefore, the allegations contained in paragraph 60 are denied as stated to the extent they attempt to summarize or characterize the documents. In addition, Defendants admit only that ACF Special Finance was involved in previous litigation with Plaintiff.

61. The allegations contained in paragraph 61 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

62. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and therefore leave Plaintiff to his proofs.

63. The allegations contained in paragraph 63 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

64. The allegations contained in paragraph 64 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

65. The allegations contained in paragraph 65 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

66. The allegations contained in paragraph 66 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

67. The allegations contained in paragraph 67 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

68. The allegations contained in paragraph 68 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

69. The allegations contained in paragraph 69 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

70. The allegations contained in paragraph 70 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

71. The allegations contained in paragraph 71 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

72. The allegations contained in paragraph 72 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

73. The allegations contained in paragraph 73 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

74. The allegations contained in paragraph 74 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

75. The allegations contained in paragraph 75 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

76. The allegations contained in paragraph 76 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

77. The allegations contained in paragraph 77 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

78. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and therefore leave Plaintiff to his proofs.

79. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and therefore leave Plaintiff to his proofs.

80. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and therefore leave Plaintiff to his proofs.

81. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and therefore leave Plaintiff to his proofs.

82. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and therefore leave Plaintiff to his proofs.

83. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint and therefore leave Plaintiff to his proofs.

84. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint and therefore leave Plaintiff to his proofs.

85. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 85 of the Complaint reference a document which speaks for itself, and therefore, the allegations contained in paragraph 85 are denied as stated to the extent they attempt to summarize or characterize the document.

86. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 86 of the Complaint reference documents which speak for themselves, and therefore, the allegations contained in paragraph 86 are denied as stated to the extent they attempt to summarize or characterize the documents.

87. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 87 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 87 are denied as stated to the extent they attempt to summarize or characterize the documents.

88. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 88 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 88 are denied as stated to the extent they attempt to summarize or characterize the documents.

89. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint and therefore leave Plaintiff to his proofs.

90. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 90 of the Compliant reference documents that speak for themselves, and therefore, the allegations contained in paragraph 90 are denied as stated to the extent they attempt to summarize or characterize the documents.

91. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained paragraph 91 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 91 of

the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 91 are denied as stated to the extent they attempt to summarize or characterize the document.

92. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 92 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 92 are denied as stated to the extent they attempt to summarize or characterize the document.

93. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint and therefore leave Plaintiff to his proofs.

94. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 94 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 94 are denied as stated to the extent they attempt to summarize or characterize the document.

95. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint and therefore leave Plaintiff to his proofs.

96. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 96 of

the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 96 are denied as stated to the extent they attempt to summarize or characterize the document.

97. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 97 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 97 are denied as stated to the extent they attempt to summarize or characterize the document.

98. The allegations contained in paragraph 98 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint and therefore leave Plaintiff to his proofs.

99. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 99 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 99 are denied as stated to the extent they attempt to summarize or characterize the document.

100. The allegations contained in paragraph 100 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. Further, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint and therefore

leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 100 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 100 are denied as stated to the extent they attempt to summarize or characterize the document.

101. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 101 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 101 are denied as stated to the extent they attempt to summarize or characterize the document.

102. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 102 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 102 are denied as stated to the extent they attempt to summarize or characterize the document.

103. The allegations contained in paragraph 100 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Complaint and therefore leave Plaintiff to his proofs.

104. The allegations contained in paragraph 104 of the Complaint state a legal conclusion

105. The allegations contained in paragraph 105 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

106. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Complaint and therefore leave Plaintiff to his proofs.

107. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint and therefore leave Plaintiff to his proofs.

108. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint and therefore leave Plaintiff to his proofs.

109. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Compliant and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations in paragraph 109 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

110. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the Complaint and therefore leave Plaintiff to his proofs.

111. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the Complaint and therefore leave Plaintiff to his proofs.

112. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the Complaint and therefore leave Plaintiff to his proofs.

113. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations in paragraph 113 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

114. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 114 of the Complaint reference documents that speaks for themselves, and therefore, the allegations contained in paragraph 114 are denied as stated to the extent they attempt to summarize or characterize the documents.

115. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 115 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 115 are denied as stated to the extent they attempt to summarize or characterize the documents.

116. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations in paragraph 116 of the

Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

117. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations in paragraph 117 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

118. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the Complaint and therefore leave Plaintiff to his proofs. Further, the allegations in paragraph 118 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, the allegations contained in paragraph 118 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 118 are denied as stated to the extent they attempt to summarize or characterize the document.

119. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 119 of the Complaint reference documents that speak for themselves, and therefore, the allegations contained in paragraph 119 are denied as stated to the extent they attempt to summarize or characterize the documents.

120. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 120

of the Complain reference documents that speak for themselves, and therefore, the allegations contained in paragraph 120 are denied as stated to the extent they attempt to summarize or characterize the documents.

121. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations in paragraph 121 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

122. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations in paragraph 122 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

123. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 123 of the Complaint reference documents that speak for themselves, and therefore, the allegations contained in paragraph 123 are denied as stated to the extent they attempt to summarize or characterize the documents.

124. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 124 of the Complaint reference documents that speak for themselves, and therefore, the allegations

contained in paragraph 124 are denied as stated to the extent they attempt to summarize or characterize the documents.

125. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 125 of the Complaint reference documents that speak for themselves, and therefore, the allegations contained in paragraph 125 are denied as stated to the extent they attempt to summarize or characterize the documents.

126. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 126 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 126 are denied as stated to the extent they attempt to summarize or characterize the document.

127. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations in paragraph 127 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

128. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint and therefore leave Plaintiff to his proofs.

129. The allegations contained in paragraph 129 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law

and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 129 of the Complaint as stated.

130. The allegations contained in paragraph 130 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

<u>As to Forster & Garbus</u>

131. The allegations contained in paragraph 131 of the Complaint are not directed to Defendants and state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leave Plaintiff to his proofs.

132. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 132 of the Complaint and therefore leave Plaintiff to his proofs.

133. The allegations contained in paragraph 133 of the Complaint are not directed to Defendants and state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leave Plaintiff to his proofs.

134. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134 of the Complaint and therefore leave Plaintiff to his proofs.

135. The allegations contained in paragraph 135 of the Complaint are not directed to Defendants and state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required,

Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leave Plaintiff to his proofs.

136. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 136 of the Complaint and therefore leave Plaintiff to his proofs.

137. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137 of the Complaint and therefore leave Plaintiff to his proofs.

138. The allegations contained in paragraph 138 of the Complaint are not directed to Defendants and state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leave Plaintiff to his proofs.

139. The allegations contained in paragraph 139 of the Complaint are not directed to Defendants and state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leave Plaintiff to his proofs.

140. The allegations contained in paragraph 140 of the Complaint are not directed to Defendants and state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leave Plaintiff to his proofs.

141. The allegations contained in paragraph 141 of the Complaint are not directed to Defendants and state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required,

Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leave Plaintiff to his proofs.

142. The allegations contained in paragraph 142 of the Complaint are not directed to Defendants and state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leave Plaintiff to his proofs.

143. The allegations contained in paragraph 143 of the Complaint are not directed to Defendants and state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leave Plaintiff to his proofs.

AS TO ATLANTIC DEFENDANTS AND MCM

144. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144 of the Complaint and therefore leave Plaintiff to his proofs. To the extent a response is deemed required, the allegations contained in paragraph 144 of the Complaint reference documents that speak for themselves, and therefore, the allegations contained in paragraph 144 are denied as stated to the extent they attempt to summarize or characterize the documents.

145. The allegations contained in paragraph 145 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, the allegations contained in paragraph 145 of the Complaint reference a document that speaks for itself, and therefore, the

allegations contained in paragraph 145 are denied as stated to the extent they attempt to summarize or characterize the document.

146. The allegations contained in paragraph 146 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, the allegations contained in paragraph 146 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 146 are denied as stated to the extent they attempt to summarize or characterize the document.

147. The allegations contained in paragraph 147 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

148. The allegations contained in paragraph 148 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, the allegations contained in paragraph 148 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 148 are denied as stated to the extent they attempt to summarize or characterize the document.

149. The allegations contained in paragraph 149 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, the allegations contained in paragraph 149 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 149 are denied as stated to the extent they attempt to summarize or characterize the document.

150. The allegations contained in paragraph 150 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations. To the extent a response is deemed required, the allegations contained in paragraph 154 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 154 are denied as stated to the extent they attempt to summarize or characterize the document.

**AS TO THE FIRST CLAIM**
**Violations of Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*.**

151. Paragraph 151 of the Complaint contains no allegations to which a response is required.

152. The allegations contained in paragraph 152 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

153. The allegations contained in paragraph 153 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

154. The allegations contained in paragraph 154 of the Complaint state legal conclusions to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, the allegations contained in paragraph 154 of the Complaint reference a document that speaks for itself, and therefore, the allegations contained in paragraph 154 are denied as stated to the extent they attempt to summarize or characterize the document.

155. The allegations contained in paragraph 155 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

156. The allegations contained in paragraph 156 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

157. The allegations contained in paragraph 157 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 157 as stated.

158. The allegations contained in paragraph 158 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

159. The allegations contained in paragraph 159 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

160. The allegations contained in paragraph 160 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

161. The allegations contained in paragraph 161 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

162. The allegations contained in paragraph 162 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law

and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 162 as stated.

**<u>AS TO THE SECOND CLAIM</u>**
**Violation of New York General Business Law § 349**

163. Paragraph 163 of the Complaint contains no allegations to which a response is required.

164. The allegations contained in paragraph 164 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

165. The allegations contained in paragraph 165 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

166. The allegations contained in paragraph 166 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 166 as stated.

167. The allegations contained in paragraph 167 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer to all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 167 as stated.

168. The allegations contained in paragraph 168 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer to all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 168 as stated.

169. The allegations contained in paragraph 169 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 169 as stated.

170. The allegations contained in paragraph 170 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 170 as stated.

171. The allegations contained in paragraph 171 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 171 as stated.

172. The allegations contained in paragraph 172 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 172 as stated.

173. The allegations contained in paragraph 173 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 173 as stated.

174. The allegations contained in paragraph 174 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

175. The allegations contained in paragraph 175 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

176. The allegations contained in paragraph 176 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 176 as stated.

177. The allegations contained in paragraph 177 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

178. The allegations contained in paragraph 178 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

179. The allegations contained in paragraph 179 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 179 as stated.

180. The allegations contained in paragraph 180 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 180 as stated.

181. The allegations contained in paragraph 181 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law

and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 181 as stated and deny that Plaintiff is entitled to the relief requested.

**AS TO THE THIRD CLAIM**
**Conversion**

182. Paragraph 182 of the Complaint contains no allegations to which a response is required.

183. The allegations contained in paragraph 183 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 183 as stated.

184. The allegations contained in paragraph 184 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

185. The allegations contained in paragraph 185 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

186. The allegations contained in paragraph 186 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 186 as stated.

187. The allegations contained in paragraph 187 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

188. The allegations contained in paragraph 188 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law

and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 188 as stated.

189. The allegations contained in paragraph 189 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 189 as stated.

190. The allegations contained in paragraph 190 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 190 as stated and deny that Plaintiff is entitled to the relief requested, including punitive damages.

## AS TO THE FOURTH CLAIM
**Gross Negligence**

191. Paragraph 191 of the Complaint contains no allegations to which a response is required.

192. The allegations contained in paragraph 192 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court.

193. The allegations contained in paragraph 193 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 193 as stated.

194. The allegations contained in paragraph 194 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law

and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 194 as stated.

195. The allegations contained in paragraph 195 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 195 as stated and deny that Plaintiff is entitled to punitive damages.

196. The allegations contained in paragraph 196 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 196 as stated.

197. The allegations contained in paragraph 197 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 197 as stated.

198. The allegations contained in paragraph 198 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 198 as stated.

199. The allegations contained in paragraph 199 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 199 as stated.

200. The allegations contained in paragraph 200 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law

and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 200 as stated.

201. The allegations contained in paragraph 201 of the Complaint state a legal conclusion to which no response is required, and Defendants respectfully refer all issues of law and fact to the Court. To the extent a response is deemed required, Defendants deny the allegations in paragraph 201 as stated and deny that Plaintiff is entitled to requested relief, including punitive damages.

**AS TO JURY DEMAND**

202. Defendants deny that Plaintiff is entitled to a trial by jury on all issues so triable.

**AS TO PRAYER FOR RELIEF**

203. Defendants deny that Plaintiff may recover the requested relief in the WHEREFORE clause (including all subsections thereto) of the Complaint.

**AFFIRMATIVE DEFENSES**

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

1. Plaintiff's Complaint, and each cause of action contained therein, fails to state facts sufficient to constitute a valid cause of action against Defendants.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

2. The conduct of Defendants at all times complied with all applicable statutes, regulations and laws; accordingly, the Complaint and each purported cause of action alleged therein against Defendants is barred.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

3. Defendants deny all types of causation, including without limitation, cause in fact, proximate cause and producing cause, with respect to the claims asserted against Defendants.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

4. One or more defenses are founded upon documentary evidence.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

5. Plaintiff is barred from maintaining the Complaint and each purported cause of action alleged therein against Defendants as a result of unclean hands with respect to the events upon which the Complaint and purported causes of action allegedly are based.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

6. Plaintiff has suffered no actual or concrete damages.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

7. Plaintiff lacks standing to maintain this action.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

8. Plaintiff's Complaint, and each cause of action contained therein, or portions thereof, are barred by the applicable statute of limitations.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

9. Plaintiff is not entitled to recover any damages, or any recovery awarded should be reduced by the amount of damages which reasonably could have been avoided because Plaintiff failed to take reasonable steps to mitigate any purported damages with respect to the matters alleged in the Complaint.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

10. Defendants did not engage in any conduct that was outrageous, intentional and malicious or done with reckless disregard with respect to Plaintiff. Defendants also allege that they never engaged in any knowing, willful or fraudulent conduct with respect to Plaintiff. Therefore, Plaintiff is not entitled to any of the relief requested, including punitive damages.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

11. There was no knowing, willful, or negligent failure to comply with the requirements imposed by 15 U.S.C. § 1692.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE**

12. There was no knowing, willful, or negligent failure to comply with the requirements imposed by New York General Business Law § 349 ("GBL 349").

**AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE**

13. There was no knowing, willful, or negligent failure resulting in gross negligence on behalf of the Defendants.

**AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE**

14. Plaintiff's claims against Defendants are barred in whole or in part by the doctrines of waiver, laches and/or estoppel.

**AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE**

15. Plaintiff's claims are barred under 15 U.S.C. § 1692, *et seq.* ("FDCPA"). Assuming *arguendo* that Defendants violated the FDCPA, which Defendants deny, such violation was not intentional and resulted from a *bona fide* error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error. *See* 15 U.S.C. § 1692k.

**AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE**

16. The funds at issue were returned to Plaintiff and, therefore, Plaintiff's conversion claim should be dismissed.

**AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE**

17. Plaintiff's claims and damages, which are expressly denied, are barred, in whole or in part, because his alleged damages, if any, which are expressly denied, are too speculative, uncertain, derivative, indirect and/or remote.

**AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE**

18. Plaintiff has failed to plead his claims with requisite particularity, or state in detail the alleged wrongs by each of the Defendants upon which Plaintiff's Complaint is based.

**AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE**

19. Plaintiff is barred from making his claims based on his own conduct and/or wrongdoing.

**AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE**

20. Plaintiff is not entitled to punitive damages as a matter of law.

**AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE**

21. Any damages allegedly sustained by Plaintiff, which damages are expressly denied, were caused in whole, or in part, by the acts, omissions, breaches of duty, lack of diligence, poor judgment, or misconduct of another party, persons or entities over whom Defendants had no control and were not proximately caused by any act or omission of Defendants.

**AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE**

22. Plaintiff's GBL 349 claim fails as a matter of law because Plaintiff's allegations pertain to conduct towards Plaintiff and Plaintiff's specific debt and are not based on conduct directed at the public at large.

**AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE**

23. Plaintiff's gross negligence claim fails because it is premised upon alleged violations of the FDCPA and GBL 349, but such claims fail as a matter and, therefore, cannot form the basis of Plaintiff's gross negligence claim.

**AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE**

24. Defendants do not owe a duty of care to Plaintiff.

**AS AND FOR A TWENTY-FIFTH AFFIRMATIVE DEFENSE**

25. The foregoing affirmative defenses are raised by Defendants without waiver of any

other defenses that may develop during the course of discovery and Defendants reserve their rights to amend and/or supplement this Answer to assert such additional defenses as they become available.

WHEREFORE, Defendants respectfully request that the Court issue an Order dismissing Plaintiff's Complaint, granting judgment in Defendants' favor upon the allegations of the Complaint in this action, and granting such other and further relief as is just, proper and necessary.

Dated: New York, New York
August 31, 2026

**BLANK ROME LLP**

By: *_/s/ Susan Kuruvilla_*
Diana M. Eng, Esq.
Susan Kuruvilla, Esq.
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5568
diana.eng@blankrome.com
susan.kuruvilla@blankrome.com
*Counsel for Defendants Atlantic Credit & Finance Special Finance Unit, LLC, Atlantic Credit & Finance, Inc. and Midland Credit Management, Inc.*