**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIE TILLMAN,<br><br>Plaintiff,<br><br>-against-<br><br>FORSTER & GARBUS LLP; ABRAHAMSEN GINDIN LLC; ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC; ATLANTIC CREDIT & FINANCE, INC. AND MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendants. | Civil Action No.: 1:26-cv-2470<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Diana M. Eng of the law firm Blank Rome LLP hereby appears in the above-captioned matter on behalf of Defendants Atlantic Credit & Finance Special Finance Unit, LLC, Atlantic Credit & Finance, Inc. and Midland Credit Management, Inc. without waiving any defenses, including jurisdiction, and requests that a copy of all notices and other papers in the proceeding be served upon the undersigned.

Dated: New York, New York
August 31, 2026

**BLANK ROME LLP**

By: *_/s/ Diana M. Eng_*

Diana M. Eng, Esq.
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5572
E-mail: diana.eng@blankrome.com
*Counsel for Defendants Atlantic Credit & Finance Special Finance Unit, LLC, Atlantic Credit & Finance, Inc. and Midland Credit Management, Inc.*