THE SESSIONS FIRM
SESSIONS ISRAEL & SHARTLE
ATTORNEYS AT LAW

**KIRSTEN H. SMITH**
**Direct: (504) 846-7943**
**ksmith@sessions.legal**

September 4, 2026

**Via U.S. Mail:**
Honorable Maria M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Willie Tillman v. Forster & Garbus LLP, et al.***
**Case No. 1:26-cv-02470**

Dear Judge Henry:

I represent defendants Forster & Garbus LLP ("F&G") and Abrahamsen Gindin LLC ("AG") in the above matter.

The parties are scheduled to appear in person before Your Honor on **September 24, 2026 at 9:00 a.m.** for an initial conference. I reside in New Orleans, Louisiana, and respectfully request permission to appear at the September 24, 2026 initial conference virtually by telephone or video.

Respectfully Submitted,

Kirsten H. Smith, Esq.