**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

**WILLIE TILLMAN,**

**Plaintiff,**

**v.** **Civil Action No. 1:26-cv-2470**

**FORSTER & GARBUS LLP;**
**ABRAHAMSEN GINDEN LLC;**
**ATLANTIC CREDIT & FINANCE**
**SPECIAL FINANCE UNIT, LLC;**
**ATLANTIC CREDIT & FINANCE, INC.;**
**AND MIDLAND CREDIT**
**MANAGEMENT, INC.**

**Defendants.**

TO: Ahmad Keshavarz, Esq.
16 Court St., 26th Floor
Brooklyn, NY 11241

Ellen McCormick, Esq.
Claire Mooney, Esq.
153-01 Jamaica Ave., Ste. 202
Jamaica, NY 11432

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Michael D. Alltmont, will move this Court pursuant to Rule 1.3(i)-(k) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Sessions, Israel & Shartle, LLC, and a member in good standing of the Supreme Court of the State of Louisiana, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants, Atlantic Credit & Finance Special Finance Unit, LLC, Atlantic Credit &

Finance, Inc. and Midland Credit Management, Inc. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 28, 2026

Respectfully Submitted,

*/s/ Michael D. Alltmont*

Michael D. Alltmont, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
malltmont@sessions.legal

Movant for Admission *Pro Hac Vice* on behalf of Defendants, Atlantic Credit & Finance Special Finance Unit, LLC, Atlantic Credit & Finance, Inc. and Midland Credit Management, Inc.