**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

**WILLIE TILLMAN,**

**Plaintiff,**

**v.** **Civil Action No. 1:26-cv-2470**

**FORSTER & GARBUS LLP;**
**ABRAHAMSEN GINDEN LLC;**
**ATLANTIC CREDIT & FINANCE**
**SPECIAL FINANCE UNIT, LLC;**
**ATLANTIC CREDIT & FINANCE, INC.;**
**AND MIDLAND CREDIT**
**MANAGEMENT, INC.**

**Defendants.**

I, Michael D. Alltmont, being duly sworn, and pursuant to Local Rule 1.3(k), hereby depose and say as follows:

1. I am a partner with the law firm of SESSIONS, ISRAEL & SHARTLE, LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto as **Exhibit A**, I am a member in good standing of the Supreme Court of the State of Louisiana.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. I do not have any disciplinary proceedings presently against me.

8. Attorney Registration Number: Louisiana Bar No. 32318.

9. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocated *pro hac vice* in this one case for Defendants, Atlantic Credit & Finance Special Finance Unit, LLC, Atlantic Credit & Finance, Inc. and Midland Credit Management, Inc.

Dated: October 28, 2026

Respectfully submitted,

Michael D. Alltmont, Esq.
SESSIONS, & ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
malltmont@sessions.legal

*Counsel for Defendants,*
Atlantic Credit & Finance Special Finance Unit, LLC, Atlantic Credit & Finance, Inc. and Midland Credit Management, Inc.

Subscribed and Sworn to me before me
on this 28th day of October, 2026.

Notary Public

BRADLEY J. ST. ANGELO
NOTARY PUBLIC
BAR NO. 36948 · ID NO. 147354
STATE OF LOUISIANA

# EXHIBIT A

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

***MICHAEL D. ALLTMONT, ESQ., #32318***

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 22nd Day of October, 2009 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 1st Day of October, 2026, A.D.

Clerk of Court
Supreme Court of Louisiana