**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

**WILLIE TILLMAN,**

**Plaintiff,**

**v.** **Civil Action No. 1:26-cv-2470**

**FORSTER & GARBUS LLP;**
**ABRAHAMSEN GINDEN LLC;**
**ATLANTIC CREDIT & FINANCE**
**SPECIAL FINANCE UNIT, LLC;**
**ATLANTIC CREDIT & FINANCE, INC.;**
**AND MIDLAND CREDIT**
**MANAGEMENT, INC.**

**Defendants.**

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

The motion of Michael D. Alltmont for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Supreme Court of the State of Louisiana; and that his contact information is as follows:

Michael D. Alltmont, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: malltmont@sessions.legal

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants, Atlantic Credit & Finance Special Finance Unit, LLC, Atlantic Credit & Finance, Inc. and Midland Credit Management, Inc., in the above-entitled action;

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ______________________ ______________________________

United States District Judge